UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVETTE BRYANT, Personal Representative )<br>To the Estate of Michael Farrar     )<br>                                                               )<br>            Plaintiff,                                    )<br>                                                               )       Civil Action No. 05-2089 (CKK)<br>     v.                                                    )<br>                                                               )<br>CORRECTIONS CORPORATION OF  )<br>AMERICA, *et al.,*                                )<br>                                                               )<br>            Defendants.                             )<br>_____   ) | |

**DEFENDANT MAYOR ANTHONY WILLIAMS' CONSENT
MOTION FOR ENLARGEMENT OF TIME TO
<u>RESPOND TO THE COMPLAINT</u>**

Defendant Anthony Williams ("Defendant")[1], through counsel and pursuant to 6(b) of the Federal Rules of Civil Procedure, hereby moves the court for an enlargement of time within which to respond to the complaint, up to and including December 16, 2005. In support of this motion, Defendant relies upon the attached memorandum of points and authorities of law.

Plaintiff's counsel consents to this motion.

                                                 Respectfully submitted,

                                                 ROBERT J. SPAGNOLETTI
                                                 Attorney General for the District of Columbia

                                                 GEORGE C. VALENTINE
                                                 Deputy Attorney General, Civil Litigation Division

---

[1] Defendant Williams is listed as a party only in the caption of the case. The District of Columbia is listed as a defendant in the body of the complaint. Moreover, an official capacity suit against Defendant Williams is akin to a suit against the municipality. *Kentucky v. Graham* 473 U.S. 159, 166 (1985). Plaintiff has represented to undersigned counsel that he will be amending the complaint to properly name the District of Columbia and will dismiss Mayor Williams as a defendant.

        /s/
_____
KIMBERLY MATTHEWS JOHNSON
Chief, General Litigation Section I
Bar Number 435163


        /s/
_____
THERESA A. ROWELL
Assistant Attorney General
Bar Number 462523
Suite 6S087
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6539
(202) 727-3625 (fax)
E-mail:  Theresa.Rowell2@dc.gov

Filed electronically this 16th day of November.

| | |
|---|---|
| YVETTE BRYANT, Personal Representative)<br>To the Estate of Michael Farrar            )<br>                                                             )<br>            Plaintiff,                                    )<br>                                                             )<br>    v.                                                     )<br>                                                             )<br>CORRECTIONS CORPORATION OF   )<br>AMERICA, *et al.*,                              )<br>                                                             )<br>            Defendants.                              )<br>_____ ) | Civil Action No. 05-2089 (CKK) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF
TIME TO RESPOND TO THE COMPLAINT**

Defendant Anthony Williams ("Defendant"), through counsel and pursuant to 6(b) of the Federal Rules, hereby moves the court to enlarge the time to file a response to Plaintiffs' Complaint up to and including December 16, 2005. In support of this motion, Defendant states:

1. Yvette Bryant ("Plaintiff"), as personal representative of the estate of Michael Farrar, filed the instant complaint on October 25, 2005 against Corrections Corporation of America, Inc., Center for Correctional Health and Policy Studies, Inc., and Anthony Williams.

2. Plaintiff alleges, *inter alia,* that the District of Columbia's failure to deliver adequate health care to Michael Farrar was the proximate cause of his death.

3. Undersigned counsel has not yet obtained documents that would enable her to respond to the complaint.

4. No prejudice will occur if the deadline is extended, in order for the Defendant to file a response to plaintiffs' Complaint.

5. Plaintiff's counsel consents to this motion.

3

WHEREFORE, for the above-stated reasons, Defendant requests time to file its response to plaintiffs Complaint, up to and including December 16, 2005.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/
        KIMBERLY MATTHEWS JOHNSON
        Chief, General Litigation Section I
        Bar Number 435163

        /s/
        THERESA A. ROWELL
        Assistant Attorney General
        Bar Number 462523, Suite 6S050
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6539
        (202) 727-3625 (fax)
        E-mail:  Theresa.Rowell2@dc.gov