**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| YVETTE BRYANT, Personal Representative of the Estate of MICHAEL FARRAR, </br></br>           Plaintiff,</br></br>   v.</br></br>CORRECTIONS CORPORATION OF AMERICA, INC.; et al.</br>           Defendants. | )</br>)</br>)</br>)</br>)   Civil Action 1:05-cv-02089-CKK</br>)</br>)</br>)</br>)</br>)</br>) |

**NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6, Daniel P. Struck, Esq. (D.C. Bar No. CO0037) hereby enters his appearance as counsel for Defendant, *Corrections Corporation of America*.

The firm address, telephone and facsimile numbers, as well as e-mail address for Daniel P. Struck, Esq. is as follows:

    Daniel P. Struck, Esq.
    JONES, SKELTON & HOCHULI, P.L.C.
    2901 North Central Avenue
    Suite 800
    Phoenix, Arizona 85012
    Telephone No.:   (602) 263-7323
    Facsimile No.:    (602) 200-7811
    E-Mail:    dstruck@jshfirm.com

                      Respectfully submitted,

                      /s/   Daniel P. Struck
                  Daniel P. Struck (D.C. Bar No. CO0037)
                  JONES, SKELTON & HOCHULI, P.L.C.
                  2901 North Central Avenue
                  Suite 800
                  Phoenix, Arizona 85012
                  Telephone: (602) 263-7323
                  Facsimile: (602) 200-7811(direct)

                          Kelvin L. Newsome (D.C. Bar No. 439206)
                          LECLAIR RYAN, A PROFESSIONAL CORPORATION
                          225 Reinekers Lane
                          Suite 700
                          Alexandria, Virginia 22314
                          Telephone No.: (703) 647-5928
                          Facsimile No.: (703) 647-5978 (direct)

                          Counsel for Defendant, *Corrections Corporation of America*

**ELECTRONICALLY FILED**
this 2nd day of December, 2005.

## CERTIFICATE OF MAILING

       I HEREBY certify that on the 2nd day of December, 2005, the foregoing Notice of Appearance was mailed, via first-class mail to:

Barry McCoy Tapp, Esq.
TAPP & ASSOCIATES
14552 Cambridge Circle
Laurel, MD 20707-3733

Sherman Bernard Robinson, Esq.
LAW OFFICE OF SHERMAN BERNARD ROBINSON
P. O. BOX 33
Simpsonville, MD 21150

Attorneys for *Plaintiff*

Theresa Ann Rowell, Esq.
OFFICE OF THE ATTORNEY GENERAL
441 4th Street, N.W., 6th Floor South
Washington, DC 20001
Attorney for Defendant, *Anthony Williams*

Rebecca Everett Kuehn, Esq.
LECLAIR RYAN, A PROFESSIONAL CORPORATION
225 Reinekers Lane
Suite 700
Alexandria, VA 22314

                                  s/ Carol S. Madden