IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YVETTE BRYANT
*PERSONAL REPRESENTATATIVE*
*of the Estate of MICHAEL FARRAR*

    Plaintiff

v.

CORRECTIONS CORPORATION
of AMERICA, INC., ET AL

    Defendants

CASE NUMBER 1:05cv02089
Judge Kollar Kotelly
Deck Type: Civil

## PLAINTIFF'S CONSENT MOTION TO AMEND THE COMPLAINT

Pursuant to FRCP 15 (c), Plaintiff requests leave of court to amend the complaint to correct the name of Defendant Anthony Williams, Mayor, to: District of Columbia Government. The request is consistent with the intent and purposes of FRCP 15(c) which is to correct a misnomer in the initial complaint. "A misnomer is involved when the correct party was served so that the party before the court is the one plaintiff intended to sue, but the name or description of the party in the complaint is deficient in some respect." Pritchett v Stillwell, 604 A2d 886, 888 (D.C. 1992), C. Wright and Miller § 1498, at 130 (1990).

Consent to the relief requested herein was granted by counsel to District of Columbia on November 10th and counsel to the two remaining parties on December 14, 2005.

WHEREFORE, Plaintiff requests that his motion be granted and that the Amended Complaint, attached hereto, be accepted for filing.

Respectfully submitted,

Sherman Robinson  
5335 Wisconsin Avenue NW #440  
Washington DC, 20015  
(202)686-4858/(301)596-4999

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Motion to Amend the Complaint was mailed, postage prepaid, to Teresa Rowell, Assistant Attorney General, 441 Fourth Street NW, Sixth Floor-South Entrance, Washington DC, 20001, Shannon V. Ivanyi, Esquire and Daniel P. Stuck, Esquire, Jones, Skelton & Hochulu, PLC, 2901 North Central Avenue, Suite 800, Phoenix, Arizona, 85012 and Leo Roth, Esquire, 110 South Washington Street, Rockville, Maryland 20850.

Sherman Robinson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YVETTE BRYANT
*PERSONAL REPRESENTATATIVE*
*of the Estate of MICHAEL FARRAR*

        Plaintiff

v.

CORRECTIONS CORPORATION
Of AMERICA, INC., ET AL

        Defendants

CASE NUMBER 1:05cv02089
Judge Kollar Kotelly
Deck Type: Civil

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION TO AMEND THE COMPLAINT

1. FRCP 15

2. Consent of opposing parties

3. Inherent authority of the court

Sherman Robinson 956128
5335 Wisconsin Avenue NW
Washington DC, 20015 #440
(202)686-4858/(301)596-4999

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YVETTE BRYANT  
*PERSONAL REPRESENTATATIVE*  
*of the Estate of MICHAEL FARRAR* :

        Plaintiff :

v. :

CORRECTIONS CORPORATION :   CASE NUMBER 1:05cv02089  
Of AMERICA, INC., <u>ET AL</u>             Judge Kollar-Kotelly

        Defendants :

### ORDER

Upon consideration of Plaintiff's Consent Motion to Amend the Complaint, and the record herein, it is this _____ day of _____;

    ORDERED:   That Plaintiff's consent motion is granted, and it is:

    FURTHER ORDERED:   That Plaintiff's Amended Complaint shall be deemed filed.

                                    _____  
                                    UNITED STATES DISTRICT JUDGE

Sherman Robinson, Esquire  
5335 Wisconsin Avenue NW #440  
Washington DC 20015

Teresa Rowell, Esquire  
Assistant Attorney General  
441 Fourth Street NW  
Washington DC, 20001

Shannon V. Ivanyi, Esquire  
Daniel P. Stuck, Esquire  
Jones, Skelton & Hochulu, PLC,  
2901 North Central Avenue, #800,  
Phoenix, Arizona, 85012

Leo Roth, Esquire,  
110 South Washington Street,  
Rockville, Maryland 20850.