## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YVETTE BRYANT<br>*PERSONAL REPRESENTATATIVE*<br>*to the Estate of MICHAEL FARRAR* | : : : : | |
| Plaintiff | : | Case No. 1:05cv2089 |
| v. | : | Judge Kollar Kotelly |
| | : | Deck Type: Civil |
| CORRECTIONS CORP OF AMER, <u>et al</u> | : : : | |
| Defendants | : | |

_____

### AFFIDAVIT FOR RETURN OF SERVICE

I.   I, Sherman Robinson, am over 18 years of age, and am not a party to this lawsuit.

II.  On October 27, 2005, I personally served, on behalf of the District of Columbia, the Office of the Attorney General for the District of Columbia, 441 Fourth Street NW, Washington DC, 2001, Sixth Floor-South Entrance, a copy of the Complaint and Summons in the above-captioned matter.

III. On October 27, 2005, I personally served, on behalf of Defendant, District of Columbia, the Office of the Secretary, 1350 Pennsylvania Avenue NW, Washington DC, 2005, a copy of the Complaint and Summons in the above-captioned matter.

_____
Sherman Robinson

I swear under penalty of perjury that the foregoing is true.