IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVETTE BRYANT  :  *PERSONAL REPRESENTATATIVE*  :  *to the Estate of MICHAEL FARRAR*  :     :  Plaintiff   :  v.   :     :  CORRECTIONS CORP OF AMER, <u>et al</u>  :     :  Defendants   :  _____ | Case No. 1:05cv2089  Judge Kollar Kotelly  Deck Type: Civil |

**AFFIDAVIT FOR RETURN OF SERVICE**

I.   I, Sherman Robinson, am over 18 years of age, and am not a party to this lawsuit.

II.  On October 27, 2005, I personally served the C.T. Corporation, Agent for CCHPS, 1015 15th Street NW, Washington DC, 2005, on behalf of the Center for Correctional Health and Policy Studies, Inc. (CCHPS), a copy of the Complaint and Summons in the above-captioned matter.

III. On October 27, 2005, I personally served the C. T. Corporation, 1015 15th Street NW, Washington DC, 2005, Agent for CCA, on behalf of the Correctional Corporation of America, Inc. (CCA), a copy of the Complaint and Summons in the above-captioned matter.

_____
Sherman Robinson

I swear under penalty of perjury that the foregoing is true.