IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVETTE BRYANT | : |
| *PERSONAL REPRESENTATATIVE* | : |
| of the Estate of MICHAEL FARRAR | : |
| | : |
| Plaintiff | : |
| | : |
| | : |
| v. | : |
| | : CASE NUMBER 1:05cv02089 |
| CORRECTIONS CORPORATION | : Judge Kollar Kotelly |
| of AMERICA, INC., ET AL | : Deck Type: Civil |
| | : |
| | : |
| Defendants | : |

_____

**PLAINTIFF'S CONSENT MOTION TO AMEND THE COMPLAINT**

   Pursuant to FRCP 15, Plaintiff requests leave of court to amend the complaint to add the Davita Corporation Inc. as an additional defendant. The request is consistent with the intent and purposes of Rule 15 which provides that leave shall be freely given when justice so requires. Consent to the instant motion to amend the complaint was granted by all Defendants on February 15, 2006.

   WHEREFORE, Plaintiff requests that her motion be granted and that the Second Amended Complaint, attached hereto, be accepted for filing.

<br>

                 Respectfully submitted,

                 __/s_____
                 Sherman Robinson 956128
                 5335 Wisconsin Avenue NW #440
                 Washington DC, 20015
                 (202)686-4858/(301)596-4999

## CERTIFICATE OF SERVICE

      I hereby certify that on March 15, 2006, a copy of the foregoing Plaintiff's Motion to Amend the Complaint and Second Amended Complaint was mailed, postage prepaid, to Teresa Rowell, Assistant Attorney General, 441 Fourth Street NW, Sixth Floor-South Entrance, Washington DC, 20001, Shannon V. Ivanyi, Esquire and Daniel P. Stuck, Esquire, Jones, Skelton & Hochulu, PLC, 2901 North Central Avenue, Suite 800, Phoenix, Arizona, 85012, Rebecca E. Kuehn, Esquire, LeClair Ryan, P.C., 225 Reinekers Lane, Suite 700, Alexandria, Virginia 22314 and Leo Roth, Esquire, 110 South Washington Street, Rockville, Maryland 20850.

                                                    __s/_____
                                                    Sherman Robinson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YVETTE BRYANT                             :
*PERSONAL REPRESENTATATIVE*                :
*of the Estate of MICHAEL FARRAR*          :
                                          :
       Plaintiff                          :
                                          :
                                          :
                                          :
       v.                                 :
                                          :   CASE NUMBER 1:05cv02089
CORRECTIONS CORPORATION                   :   Judge Kollar Kotelly
Of AMERICA, INC., ET AL                   :   Deck Type: Civil
                                          :
                                          :
       Defendants                         :
_____

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S CONSENT MOTION TO AMEND THE COMPLAINT**

1. FRCP 15

2. Consent of opposing parties

3. Inherent authority of the court


                                              _/s_____
                                              Sherman Robinson 956128
                                              5335 Wisconsin Avenue NW
                                              Washington DC, 20015 #440
                                              (202)686-4858/(301)596-4999

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVETTE BRYANT : | |
| *PERSONAL REPRESENTATATIVE* : | |
| *of the Estate of MICHAEL FARRAR* : | |
| : | |
| Plaintiff : | |
| : | |
| : | |
| v. : | |
| : | CASE NUMBER 1:05cv02089 |
| CORRECTIONS CORPORATION : | Judge Kollar-Kotelly |
| Of AMERICA, INC., ET AL : | |
| : | |
| : | |
| Defendants : | |

_____

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Amend the Complaint, and the record herein, it is this \_\_\_\_\_ day of _____;

ORDERED:    That Plaintiff's consent motion is granted, and it is:

FURTHER ORDERED:    That Plaintiff's Second Amended Complaint shall be deemed filed.

_____
UNITED STATES DISTRICT JUDGE

Sherman Robinson, Esquire
5335 Wisconsin Avenue NW  #440
Washington DC 20015

Teresa Rowell, Esquire
Assistant Attorney General
441 Fourth Street NW
Washington DC, 20001

Rebecca Kuhn, Esquire
LeClair Ryan, P.C
225 Reinekers Lane #700
Alexandria, Va 22314

Shannon V. Ivanyi,  Esquire
Daniel P. Stuck, Esquire
Jones, Skelton & Hochulu, PLC,
 2901 North Central Avenue, #800,
 Phoenix, Arizona, 85012

Leo Roth, Esquire,
110 South Washington Street,
Rockville, Maryland 20850.