## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVETTE BRYANT, Personal Representative )<br>To the Estate of Michael Farrar        )<br>                                                                 )<br>        Plaintiff,                                              )<br>                                                                 )     Civil Action No. 05-2089 (CKK)<br>    v.                                                         )<br>                                                                 )<br>CORRECTIONS CORPORATION OF       )<br>AMERICA, *et al.,*                                   )<br>                                                                 )<br>        Defendants.                                      )<br>_____ ) | |

### NOTICE OF ENTRY OF APPEARANCE

The Clerk will please enter the appearance of Theresa A. Rowell, Assistant Attorney General, on behalf of the Correctional Corporation of America (CCA) for the limited purpose of defending CCA against plaintiff's allegations of medical malpractice while the plaintiff's decedent was incarcerated within the Correctional Treatment Facility. The remaining non-medical allegations of negligence against CCA will be handled by the current counsel of record.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


_____/s/_____
KIMBERLY MATTHEWS JOHNSON [435163]
Section Chief
General Litigation Section I

2

          /s/
THERESA A. ROWELL [462523]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6539