UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| YVETTE BRYANT ) | |
| Personal Representative of the Estate of ) | |
| Michael Farrar ) | |
| 2905 Woodlawn Trail ) | No. 05-CV-02089 (CKK) |
| Alexandria, VA  22306 ) | |

      Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA

and

CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES, INC.

and

DISTRICT OF COLUMBIA
GOVERNMENT

and

DAVITA CORPORATION, INC.

      Defendants.

### ANSWER OF DEFENDANT, THE CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC. TO CROSS CLAIM OF DEFENDANT, DISTRICT OF COLUMBIA

COMES NOW, Defendant, The Center for Correctional Health & Policy Studies, Inc. ("CCHPS"), through counsel, Leo A. Roth, Jr, Esquire and Brault Graham, P.L.L.C., and for its Answer to the Cross Claim filed herein by Defendant, District of Columbia, states as follows:

### FIRST DEFENSE

The Cross Claim fails to state a cause of action upon which relief can be granted.

### SECOND DEFENSE

This Defendant denies any and all claims of medical negligence alleged in the cross claim of Defendant, District of Columbia, and further denies that the District of Columbia is entitled to the equitable relief as requested.

### THIRD DEFENSE

Anything not specifically admitted is denied.

Respectfully submitted,

BRAULT GRAHAM, P.L.L.C.

_____/s/_____
LEO A. ROTH, JR.   #11604
110 South Washington Street
Rockville, MD  20850
(301) 424-1060
Counsel for the Center for Correctional Health and Policy Studies, Inc.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of April 2006, the foregoing **Answer of Defendant, The Center for Correctional Health & Policy Studies, Inc., to Cross Claim of Defendant, District of Columbia,** was mailed, via first class mail to:

Sherman Robinson, Esquire
5335 Wisconsin Avenue, Suite 440
Washington, DC  20015
Counsel for Plaintiff

Daniel P.Struck, Esquire
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Counsel for Corrections Corp. of America

Rebecca E. Kuehn, Esquire
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
Counsel for Corrections Corp. of America

Theresa A. Rowell, Esquire
Office of the Attorney General for the District of Columbia
441 4th Street, NW, 6th Floor South
Washington, DC  20001
Counsel for District of Columbia

                                                 /s/
                                     LEO A. ROTH, JR.