# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

YVETTE BRYANT  
*PERSONAL REPRESENTATATIVE*  
*to the Estate of MICHAEL FARRAR*

           Plaintiff

v.

CORRECTIONS CORP OF AMER, <u>et al</u>

           Defendants

Case No. 1:05cv2089  
Judge Kollar Kotelly  
Deck Type: Civil

## AFFIDAVIT FOR RETURN OF SERVICE

I.  I, Sherman Robinson, am over 18 years of age, and am not a party to this lawsuit.

II. On April 10, 2006, I delivered to the United States Post Office, a copy of the Summons and Amended Complaint in the above-captioned lawsuit addressed by certified mail, return receipt requested, to: Davita Corporation in c/o Corporation Services Corporation, 1090 Vermont Avenue NW, Washington DC, 20005.

III. On April 12, 2006, I received from the United States Postal Service, a return receipt which evidenced that the Summons and Complaint addressed to the Davita Corporation , c/o Corporation Service Company, Inc., on April 10, 2006 had been delivered to the intended addressee on April 11, 20006.

IV. A copy of the return receipt is attached hererto as Exhibit A.

    I swear under penalty of perjury that the foregoing is true.

           s/ _____  
                Sherman Robinson

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

YVETTE BRYANT  
PERSONAL REPRESENTATATIVE  
to the Estate of MICHAEL FARRAR

      Plaintiff

v.

CORRECTIONS CORP OF AMER, et al

      Defendants

Case No. 1:05cv2089  
Judge Kollar Kotelly  
Deck Type: Civil

## EXHIBIT A

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DAVITA Corporation, Inc  
c/o Corporation Service Co Inc  
1090 Vermont Ave. N.W  
Washington DC.  
20005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 4/11/06

D. Is delivery address different from item 1? ☐ Yes  
If YES, enter delivery address below: ☐ No

3. Service Type  
☒ Certified Mail ☐ Express Mail  
☐ Registered ☐ Return Receipt for Merchandise  
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0002 5093 3411

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540