UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

YVETTE BRYANT                                    )
Personal Representative of the Estate of         )
Michael Farrar                                   )
2905 Woodlawn Trail                              )   No. 05-CV-02089 (CKK)
Alexandria, VA  22306                            )

       Plaintiff,

v.

CORRECTIONS CORPORATION OF
AMERICA

and

CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES, INC.

and

DISTRICT OF COLUMBIA
GOVERNMENT

and

DAVITA CORPORATION, INC.

       Defendants.

### ANSWER OF DEFENDANT, THE CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC. TO CROSS CLAIM OF DEFENDANT, DAVITA CORPORATION, INC. AND CROSS CLAIM AGAINST DEFENDANT, DAVITA CORPORATION, INC.

COMES NOW, Defendant, The Center for Correctional Health & Policy Studies, Inc. ("CCHPS"), through counsel, Leo A. Roth, Jr, Esquire and Brault Graham, P.L.L.C., and for its Answer to the Cross Claim filed herein by Defendant, DaVita Corporation, Inc., states as follows:

### FIRST DEFENSE

The Cross Claim fails to state a cause of action upon which relief can be granted.

**SECOND DEFENSE**

This Defendant denies any and all claims of medical negligence alleged in the cross claim of Defendant, and further denies that DaVita Corporation, Inc. is entitled to the equitable relief as requested.

**THIRD DEFENSE**

Anything not specifically admitted is denied.

**CROSS CLAIM AGAINST DAVITA CORPORATION, INC.**

1.      This cross-claim is brought against DaVita Corporation, Inc., pursuant to the Fed. R. Civ. P. Rule 13(g).

2.      Plaintiff's Second Amended Complaint alleges that Defendant, Davita Corporation, Inc., breached its duty to the Decedent, and that as a result, Mr. Farrar suffered from cardiovascular complication, resulting in cardiac arrest and death.

3.      Plaintiff alleges that Defendant, Davita Corporation, Inc., failed to properly monitor Decedent's hemodialysis treatments and failed to make appropriate adjustments to that which caused the death of Mr. Farrar.

4.      Plaintiff alleges that Defendant CCHPS, negligently treated decedent.  CCHPS denies this allegation.  However, in the event that it is held liable for this alleged negligence, then, and in that event, CCHPS seeks contribution and/or indemnification from Defendant, Davita Corporation, Inc., for any sums entered against it in favor of Plaintiff.

                                          Respectfully submitted,

                                          BRAULT GRAHAM, P.L.L.C.

                                                /s/
                                        LEO A. ROTH, JR.   #11604
                                        110 South Washington Street
                                        Rockville, MD  20850
                                        (301) 424-1060
                                        Counsel for the Center for Correctional Health and Policy Studies, Inc.

### CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 3rd day of May 2006, the foregoing **Answer of Defendant, The Center for Correctional Health & Policy Studies, Inc., to Cross Claim of Defendant, Davita Corporation, Inc., and Cross Claim Against Davita Corporation, Inc.,** was mailed, via first class mail to:

Sherman Robinson, Esquire
5335 Wisconsin Avenue, Suite 440
Washington, DC  20015
Counsel for Plaintiff

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Counsel for Corrections Corp. of America

Rebecca E. Kuehn, Esquire
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
Counsel for Corrections Corp. of America

Theresa A. Rowell, Esquire
Office of the Attorney General for the District of Columbia
441 4th Street, NW, 6th Floor South
Washington, DC  20001
Counsel for District of Columbia

Ronald G. Guziak, Esquire

Bonner Kiernan Trebach & Crociata, LLP
1250 Eye Street, NW, Sixth Floor
Washington, DC  20005
Counsel for Davita Corporation, Inc.

/s/
LEO A. ROTH, JR.