UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

YVETTE BRYANT                                              )
Personal Representative of the Estate of    )
Michael Farrar                                                )
2905 Woodlawn Trail                                     )   No. 05-CV-02089 (CKK)
Alexandria, VA  22306                                  )

       Plaintiff,

v.

CORRECTIONS CORPORATION OF
AMERICA

and

CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES, INC.

and

DISTRICT OF COLUMBIA
GOVERNMENT

and

DAVITA CORPORATION, INC.

       Defendants.

**INITIAL DISCLOSURE STATEMENT OF DEFENDANT, THE CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC.**

COMES NOW, Defendant, The Center for Correctional Health & Policy Studies, Inc. ("CCHPS"), through counsel, Leo A. Roth, Jr, Esquire and Brault Graham, P.L.L.C., and pursuant to Fed. R. Civ. P. Rule 26(a), states as follows:

entered against it in favor of Plaintiff.

**1.  NAMES, ADDRESSES AND TELEPHONE NUMBERS OF EACH INDIVIDUAL LIKELY TO HAVE DISCOVERABLE INFORMATION**

1. This Defendant adopts the listing by co-defendant, Corrections Corporation of America, Inc. for the reasons stated in its Initial Disclosure Statement.

2. This Defendant reserves the right to include any witnesses who may be learned to have relevant information regarding this matter any time during the discovery process.

3. This Defendant reserves the right to list any witness listed by any party to this matter.

4. This Defendant reserves the right to supplement this statement as necessary.

**2.  A COPY OF OR A DESCRIPTION BY CATEGORY AND LOCATION OF ALL DOCUMENTS THAT ARE RELEVANT TO DISPUTED FACTS.**

1. A copy of the medical chart for Michael Farrar as maintained by this Defendant, will be provided.

2. Any reports that might be prepared by any expert.

3. Any curriculum vitae of any expert.

4. This Defendant reserves the right to utilize any documents, of any kind, listed by any party to this matter.

5. Any demonstrative exhibits prepared for use at trial.

6. This Defendant reserves the right to supplement this listing as discovery proceeds.

Respectfully submitted,

BRAULT GRAHAM, P.L.L.C.

_____/s/_____
LEO A. ROTH, JR.   #11604
110 South Washington Street

                                                Rockville, MD  20850
                                                (301) 424-1060
                                                Counsel for the Center for Correctional Health and Policy Studies, Inc.

## **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on this 4th day of May 2006, the foregoing **Initial Disclosure Statement of Defendant, The Center for Correctional Health & Policy Studies, Inc.,** was mailed, via first class mail to:

Sherman Robinson, Esquire
5335 Wisconsin Avenue, Suite 440
Washington, DC  20015
Counsel for Plaintiff

Daniel P.Struck, Esquire
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Counsel for Corrections Corp. of America

Rebecca E. Kuehn, Esquire
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
Counsel for Corrections Corp. of America

Theresa A. Rowell, Esquire
Office of the Attorney General for the District of Columbia
441 4th Street, NW, 6th Floor South
Washington, DC  20001
Counsel for District of Columbia

Ronald G. Guziak, Esquire
Bonner Kiernan Trebach & Crociata, LLP
1250 Eye Street, NW, Sixth Floor
Washington, DC  20005
Counsel for Davita Corporation, Inc.

                                                                 /s/
                                                  LEO A. ROTH, JR.