IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVETTE BRYANT, Personal Representative of the Estate of MICHAEL FARRAR,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, INC.; CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC.; and ANTHONY WILLIAMS, MAYOR, DISTRICT OF COLUMBIA,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action 1:05-CV-02089<br>)　Judge Colleen Kollar-Kotelly<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ENTRY OF APPEARANCE

Pursuant to LCvR 83.6, Kelvin L. Newsome hereby enters his appearance as co-counsel for Defendant, Corrections Corporation of America.

The firm address, telephone and facsimile numbers, as well as e-mail address for Kelvin L. Newsome is as follows:

　　Kelvin L. Newsome, Esq.
　　LeClair Ryan
　　999 Waterside Drive, Suite 2525
　　Norfolk, VA  23510
　　Telephone No.:  (757) 441-8938
　　Facsimile No.:   (757) 441-8988
　　kelvin.newsome@leclairryan.com

1

Respectfully submitted,

LECLAIR RYAN

_____/s/_____
Kelvin L. Newsome (D.C. Bar No. 439206)
LeClair Ryan
999 Waterside Drive, Suite 2525
Norfolk, VA  23510
Telephone No.:  (757) 441-8938
Facsimile No.:   (757) 441-8988

Daniel P. Struck (D.C. Bar No. CO0037)
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, AZ  85012
(602) 263-7323