UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| YVETTE BRYANT, Personal Representative to the Estate of MICHAEL FARRAR, <br><br> Plaintiff, <br><br> v. <br><br> CORRECTION CORPORATION OF AMERICA, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 1:05cv02089 <br> Judge Kollar Kotelly |

### ANSWER OF DEFENDANT DAVITA CORPORATION, INC. TO CROSSCLAIM OF THE CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC.

COMES NOW Defendant, DaVita Corporation, Inc. (hereinafter "DaVita"), by and through undersigned counsel, BONNER KIERNAN TREBACH & CROCIATA, LLP, and in answer to the Crossclaim filed herein by Defendant The Center for Correctional Health and Policy Studies, Inc. (hereinafter "CCHPS") hereby states as follows:

### FIRST DEFENSE

The Crossclaim fails to state a cause of action upon which relief can be granted.

### SECOND DEFENSE

This Defendant denies any and all claims of medical negligence as alleged in the Amended Complaint and as set forth in the Crossclaim of Defendant.

### THIRD DEFENSE

Defendant denies that Defendant CCHPS, is therefore entitled to contribution and/or indemnification or other equitable relief as claimed.

150181_1

WHEREFORE, for the reasons set forth above, Defendant DaVita demands that this Crossclaim be dismissed.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_____
Ronald G. Guziak, D.C. Bar No. 233940
Chandra W. Holloway, D.C. Bar No. 478476
1250 Eye Street, N.W., Sixth Floor
Washington, D.C. 20005
Tel:   (202) 712-7000
Fax:   (202) 712-7100
*Counsel for DaVita Corporation, Inc.*

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on this 11th day of May, 2006, a copy of Defendant DaVita Corporation, Inc.'s to Crossclaim of The Center for Correctional Health and Policy Studies, Inc. was served, *via* first-class mail, postage prepaid, upon:

Sherman Robinson, Esquire
5535 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015

Barry Tapp, Esquire
14662 Cambridge Circle
Laurel, Maryland 20770

Leo A. Roth, Jr.
Brault Graham, LLC
110 South Washington Street
Rockville, Maryland 20850

Theresa A. Rowell, Esquire
Office of the Attorney General
   for the District of Columbia
441 4th Street, NW, 6th Floor South
Washington, DC 20001

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

Kelvin L. Newsome, Esquire
LeClair Ryan, P.C.
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314

_____
Ronald G. Guziak