UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| YVETTE BRYANT, Personal Representative to the Estate of MICHAEL FARRAR,<br><br>        Plaintiff,<br><br>v.<br><br>CORRECTION CORPORATION OF AMERICA, *et al.*,<br><br>        Defendants. | CIVIL ACTION NO. 1:05cv02089<br>Judge Kollar Kotelly |

### INITIAL DISCLOSURE STATEMENT
### OF DEFENDANT DAVITA CORPORATION, INC.

COMES NOW Defendant DaVita Corporation, Inc. (hereinafter "DaVita"), by and through undersigned counsel, BONNER KIERNAN TREBACH & CROCIATA, LLP, and pursuant to Fed. R. Civ. P. 26(a)(1) states as follows:

(A) <u>Names, Addresses And Telephone Numbers Of Each Individual Likely To Have Discoverable Information</u>:

    1. <u>DaVita Employees</u>:

        a. Delores Robertson, R.N.

        b. Reginald Duckett, PCT

        c. Sonya Malloy, PCT

        d. Evelyn Juan, R.N.

        e. Deborah Richardson, R.N.

        f. William Tyler, PCT

        g. Tamala Mack

    2. Meer Zonozi, M.D.

      3.      Treating physicians at Greater Southeast Community Hospital.

      4.      Peggy Farrar.

      5.      Defendant reserves the right to list any witnesses identified by any other party in this matter.

(B)    <u>Copy Of Or A Description By Category And Location Of All Documents That Are Relevant To Disputed Facts</u>:

      1.      A copy of decedent Farrar's DaVita dialysis records.

      2.      A copy of decedent's treatment records at Greater Southeast Community Hospital.

      3.      A copy of decedent's records of treatment by Dr. Zonozi.

      4.      A copy of decedent Farrar's D.C. Department of Correction records.

      5.      A copy of decedent Farrar's Center for Correctional Health and Policy Studies, Inc.'s records.

      6.      Any reports generated by any expert.

      7.      A copy of the *Curriculum Vitae* of any expert.

      8.      Any demonstrative evidence exhibits prepared for use at trial.

      9.      Defendant reserves the right to adopt and utilize any documents, of any kind listed by any other party in this matter.

(C)    <u>A Computation Of Any Category Of Damages Claimed By The Disclosing Party, . . .</u>.

      None at this time.

(D)  Copies Of Insurance Agreements Under Which Any Person Carrying On An Insurance Business May Be Liable To Satisfy Part Or All Of A Judgment.

None. – Self insured.

        Respectfully submitted,

        **BONNER KIERNAN TREBACH & CROCIATA, LLP**

        _____
        Ronald G. Guziak, Esquire
        1250 Eye Street, N.W., Suite 600
        Washington, D. C.  20005
        (202) 712-7000
        (202) 712-7100 (Facsimile)
        E-mail:  rguziak@bktc.net
        **Attorney for Defendant BAUER CORPORATION**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 12th day of May, 2006, via first class mail, postage prepaid, a copy of the foregoing Initial Disclosure Statement of Defendant DaVita Corporation, Inc. was electronically filed with the Clerk of the Court, and that a copy of the same was served upon: postage prepaid, upon:

Sherman Robinson, Esquire
5535 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015

Barry Tapp, Esquire
14662 Cambridge Circle
Laurel, Maryland 20770

Leo A. Roth, Jr.
Brault Graham, LLC
110 South Washington Street
Rockville, Maryland 20850

Theresa A. Rowell, Esquire
Office of the Attorney General
   for the District of Columbia
441 4th Street, NW, 6th Floor South
Washington, DC 20001

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

Kelvin L. Newsome, Esquire
LeClair Ryan, P.C.
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314

_____
Ronald G. Guziak