IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVETTE BRYANT, Personal Representative of the Estate of MICHAEL FARRAR,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, INC.; CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC.; and ANTHONY WILLIAMS, MAYOR, DISTRICT OF COLUMBIA,<br><br>Defendants. | Civil Action 1:05-CV-02089<br>Judge Colleen Kollar-Kotelly |

## ENTRY OF APPEARANCE

Pursuant to LCvR 83.6, Megan S. Ben'Ary hereby enters her appearance as co-counsel for Defendant Corrections Corporation of America.

The firm address, telephone and facsimile numbers, as well as e-mail address for Megan S. Ben'Ary is as follows:

Megan S. Ben'Ary
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
Telephone No.:  (703) 684-8007
Facsimile No.:   (703) 684-8075
megan.benary@leclairryan.com

1

Respectfully submitted,

LECLAIR RYAN


___/s/ Megan S. Ben'Ary_____
Megan S. Ben'Ary (D.C. Bar No. 493415)
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
Telephone No.:  (703) 684-8007
Facsimile No.:   (703) 684-8075

Kelvin L. Newsome (D.C. Bar No. 439206)
LeClair Ryan
999 Waterside Drive, Suite 2525
Norfolk, VA  23510
Telephone No.:  (757) 441-8938
Facsimile No.:   (757) 441-8988

Daniel P. Struck (D.C. Bar No. CO0037)
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, AZ  85012
(602) 263-7323