# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

YVETTE BRYANT  
*PERSONAL REPRESENTATATIVE*  
*to the Estate of MICHAEL FARRAR*  

     Plaintiff                       Case No. 05cv2089 (CKK)  
    v.  

CORRECTIONS CORP OF AMER, et al  

     Defendants  

_____

**PLAINTIFF'S INITIAL DISCLOTURE STATEMENT**

     Pursuant to Fed. R. Civ. R., 26(a)(1), Plaintiff provides the following initial disclosure:

A.    James Ottey, who, on information and belief, is housed at the Rivers Correctional Institution in North Carolina, and Keith McCants whose precise whereabouts in the Federal Correctional System is unknown, possess information related to the circumstances surrounding Decedent Michael Farrar's demise.

B.    Decedent's medical records maintained by Devita Corporation, Inc., formerly Gambro Healthcare, Inc. have been obtained.

C.    None

D.    None

     Plaintiff reserves the right to supplement this listing as discovery proceeds.

                                      s/_____

                                      Sherman Robinson 956128  
                                      5535 Wisconsin Avenue NW #440  
                                      Washington DC, 20015  
                                      (202)686-4858/(301)596-4999

## CERTFICATE OF SERVICE

I hereby certify that on this 15th day of May 2006, a copy of Plaintiff's Initial Discloture Statement was mailed, postage preaid, to:

Teresa Rowell, Esquire
Assistant Attorney General
441 Fourth Street NW
Washington DC, 20001

Shannon V. Ivanyi, Esquire
Daniel P. Stuck, Esquire
Jones, Skelton & Hochulu, PLC,
 2901 North Central Avenue, #800,
 Phoenix, Arizona, 85012

Leo Roth, Esquire,
110 South Washington Street,
Rockville, Maryland 20850.

Rebecca Kuhn, Esquire
Megan S. Ben'Ary, Esquire
LeClair Ryan
223 Reinekers Lane, Suite 700
Alexandria, Va 22314

Ronald G. Guziak, Esquire
Bonner Kiernam Trebach & Crociata, LLP
1250 Eye Street NW, Sixth Floor
Washington DC, 20005

s/_____
Sherman Robinson