IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVETTE BRYANT, Personal Representative of the Estate of MICHAEL FARRAR, <br><br>Plaintiff, <br><br>v. <br><br>CORRECTIONS CORPORATION OF AMERICA, INC.; CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC.; and ANTHONY WILLIAMS, MAYOR, DISTRICT OF COLUMBIA, <br><br>Defendants. | Civil Action 1:05-CV-02089 <br> Judge Colleen Kollar-Kotelly |

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW the undersigned attorney, Megan S. Ben'Ary, Esquire, in accordance with the provisions of LCvR 83.2(d) and moves this Court for the entry of an order admitting Eugenia Vroustouris *pro hac vice* for purposes of participation at the trial of the above-styled case on behalf of the Defendant Corrections Corporation of America, Inc.; and

IN ACCORDANCE with the provisions of LCvR 83.2(d), the Declaration of Eugenia Vroustouris Seeking Pro Hac Vice Admission is attached.

Respectfully submitted,

LECLAIR RYAN

\_\_\_/s/ Megan S. Ben'Ary_____
Megan S. Ben'Ary (D.C. Bar No. 493415)
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
Telephone No.:  (703) 684-8007
Facsimile No.:   (703) 684-8075

Kelvin L. Newsome (D.C. Bar No. 439206)
LeClair Ryan
999 Waterside Drive, Suite 2525
Norfolk, VA 23510
Telephone No.: (757) 441-8938
Facsimile No.: (757) 441-8988

Daniel P. Struck (D.C. Bar No. CO0037)
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, AZ 85012
(602) 263-7323