IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVETTE BRYANT, Personal Representative of the Estate of MICHAEL FARRAR,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, INC.; CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC.; and ANTHONY WILLIAMS, MAYOR, DISTRICT OF COLUMBIA,<br><br>Defendants. | Civil Action 1:05-CV-02089<br>Judge Colleen Kollar-Kotelly |

DECLARATION OF EUGENIA VROUSTOURIS
SEEKING PRO HAC VICE ADMISSION

I, Eugenia Vroustouris, hereby declare that:

1. My full name is Eugenia Vroustouris

2. My office address and phone number are: 225 Reinekers Lane, Suite 700, Alexandria, Virginia 22314; 703-647-5938.

3. I am admitted to the Virginia State Bar.

4. I have never been disciplined by any Bar and have attached a Certificate of Good Standing issued by the Virginia State Bar.

5. I have never before been entered *pro hac vice* in this Court.

6. I do not practice law from an office located in the District of Columbia.

1

_____
Eugenia Vroustouris

SWORN TO AND SUBSCRIBED before me this 18th day of May, 2006.

_____
Notary Public

My commission expires: 2/28/09

Phillip V. Anderson, President
Frith, Anderson & Peake, P.C.
29 Franklin Road
P.O. Box 1240
Roanoke, Virginia 24006-1240
Telephone: (540) 772-4600

Karen A. Gould, President-elect
Childress, Gould & Russell, P.C.
5911 West Broad Street
Richmond, Virginia 23230
Telephone: (804) 545-2415

David P. Bobzien, Immediate Past President
2022 Durand Drive
Reston, Virginia 20191-1312
Telephone: (703) 324-2603

Harry M. Hirsch
Interim Bar Counsel



# Virginia State Bar

Eighth and Main Building
707 East Main Street, Suite 1500
Richmond, Virginia 23219-2800
Telephone: (804) 775-0500

Facsimile: (804) 775-0501    TDD: (804) 775-0502

Thomas A. Edmonds
Executive Director and
Chief Operating Officer

Mary Yancey Spencer
Deputy Executive Director

Elizabeth L. Keller
Assistant Executive Director
for Bar Services

Susan C. Busch
Assistant Executive Director
for Administration

May 8, 2006

### CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **EUGENIA VROUSTOURIS** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MISS VROUSTOURIS** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **APRIL 23, 1999,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

SINCERELY,

*Thomas A. Edmonds* (signature)

THOMAS A. EDMONDS
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER