IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVETTE BRYANT, Personal Representative of the Estate of MICHAEL FARRAR,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, INC.; CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC.; and ANTHONY WILLIAMS, MAYOR, DISTRICT OF COLUMBIA,<br><br>Defendants. | Civil Action 1:05-CV-02089<br>Judge Colleen Kollar-Kotelly |

ORDER ON MOTION FOR ADMISSION PRO HAC VICE

UPON CONSIDERATION of the motion for entry of an order admitting Eugenia Vroustouris *pro hac vice* in accordance with the provisions of LCvR 83.2(d),

IT IS HEREBY ORDERED that the motion is GRANTED and that Eugenia Vroustouris is admitted *pro hac vice* for purposes of participation at the trial of the above-styled case on behalf of the Defendant Corrections Corporation of America, Inc.

ENTERED this _____ day of _____, 2006.

_____
Judge, United States District Court