UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVETTE BRYANT, Personal Representative )<br>To the Estate of Michael Farrar       )<br>                                                             )<br>            Plaintiff,                               )<br>                                                             )    Civil Action No. 05-2089 (CKK)<br>       v.                                                )<br>                                                             )<br>CORRECTIONS CORPORATION OF )<br>AMERICA, *et al.,*                              )<br>                                                             )<br>            The Districts.                         )<br>_____ ) | |

**THE DISTRICT OF COLUMBIA'S ANSWER TO
DEFENDANT DAVITA CORPORATION, INC.'S CROSS CLAIM
AND CORRECTIONS CORPORATION OF AMERICA, INC.'S ("CCA")
ANSWER TO DEFENDANT DAVITA CORPORATION, INC.'S
CROSS CLAIM AS IT RELATES TO PLAINTIFF'S ALLEGATIONS
OF MEDICAL MALPRACTICE AGAINST CCA[1]
AND CROSS CLAIM AGAINST DEFENDANT DAVITA CORPORATION, INC.**

The District of Columbia ("the District") and Corrections Corporation of

America, Inc. ("CCA"), by and through counsel, answer the Cross Claim filed by

Defendant Davita Corporation, Inc. as follows:

**First Defense**

The Cross Claim fails to state a claim upon which relief can be granted.

**Second Defense**

As to each of the numbered paragraphs of the Cross-Claim filed by Defendant

Davita Corporation, the District and CCA specifically answers as follows:

---

[1] The District entered a notice of appearance on behalf of CCA for the limited purpose of defending CCA against plaintiff's allegations of medical malpractice while the plaintiff's decedent was incarcerated within the Correction Treatment Facility, and has agreed to defend and indemnify CCA for all medically related claims.

1. Paragraph 1 of the Cross-Claim is denied.

2. Paragraph 2 of the Cross-Claim is denied.

### Third Defense

Further answering the Cross-Claim, the District and CCA deny all allegations not specifically admitted.

### Fourth Defense

The District and CCA incorporate herein by reference the affirmative defenses set forth in its answer to plaintiff's Second Amended Complaint.

### THE DISTRICT OF COLUMBIA AND CORRECTIONS CORPORATION OF AMERICA, INC.'S ("CCA") CROSS-CLAIM AGAINST DAVITA CORPORATION, INC.

1. This cross-claim is brought pursuant to Fed. R. Civ. P. Rule 13(g) in that the claim arises out of the same occurrence that is the subject matter of plaintiffs' Second Amended Complaint.

2. Plaintiffs Yvette Bryant, as personal representative to the estate of Michael Farrar, filed a Second Amended Complaint against the Corrections Corporation of America, Inc. ("CCA"), Center for Correctional Health and Policy Studies, Inc. ("CCHPS"), the District of Columbia ("District"), and Davita Corporation, Inc. ("Davita"), for Michael Farrar's death on December 28, 2003, allegedly caused by the actions of the defendants.

3. Plaintiff's death, as alleged in the Second Amended Complaint, was not caused by any intentional or negligent act, error or omission by the defendant/cross-claimant District, defendant/cross-claimant CCA, their employees, agents and servants acting within the scope of their employment, but by the intentional or negligent acts,

errors, or omissions of the cross-defendant Davita Corporation, Inc., who caused, helped, or contributed to the incident and injuries and/or damages alleged in plaintiff's Second Amended Complaint.

    4.    If defendant/cross-claimant District and/or defendant/cross-claimant CCA are adjudged liable to plaintiff, the District and CCA are entitled to contribution and/or indemnity from cross-defendant Davita Corporation, Inc. toward any judgment plaintiff may recover against defendant/cross-claimant District and/or CCA.

    WHEREFORE, defendant/cross-claimant District and defendant/cross-claimant CCA demand judgment against cross-defendant Davita Corporation, Inc. for all or a portion of any sum that is adjudged against the District in favor of plaintiff; for contribution as to any such sums in an amount not less than a total of one-half of such judgment as the plaintiff may take against it; and demands that it be awarded the expense of this litigation, costs and interests, and such other relief as the Court deems just and proper.

                                            Respectfully submitted,

                                            ROBERT J. SPAGNOLETTI
                                            Attorney General for the District of Columbia

                                            GEORGE C. VALENTINE
                                            Deputy Attorney General, Civil Litigation Division

            /s/
            KIMBERLY MATTHEWS JOHNSON
            Chief, General Litigation Section I
            Bar Number 435163


            /s/
            THERESA A. ROWELL
            Assistant Attorney General
            Bar Number 462523
            441 Fourth Street, N.W., Suite 6S087
            Washington, D.C. 20001
            (202) 724-6539
            (202) 727-3625 (fax)
            E-mail: Theresa.Rowell2@dc.gov