IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YVETTE BRYANT | : | |
| *PERSONAL REPRESENTATATIVE* | : | |
| *to the Estate of MICHAEL FARRAR* | : | |
| | : | |
| Plaintiff | : | Case No. 05cv2089 (CKK) |
| v. | : | |
| | : | |
| CORRECTIONS CORP OF AMER, et al | : | |
| | : | |
| | : | |
| Defendants | : | |

_____

**PLAINTIFF'S RESPONSE TO THE COURT ORDER OF MAY 19, 2006**

Pursuant to discussions between the parties, an agreement was reached on June 8, 2006 to incorporate the dates below into the Court's Discovery Plan of May 19, 2006.

Deadline for written discovery **7/7/2006**

Motion to amend due 8/18/2006

Depositions of all factual witnesses **8/31/2006**

Proponent's Rule 26(a) (2)(B) due 9/15/2006

Opponent's Rule 26(a) (2) (B) due 10/13/2006

Proponent's response due 11/10/2006

Discovery completed by 1/31/2007

Mediation: January 31, 2007 to February 27, 2007

Status hearing set for 2/27/2007 at 9:00 a.m. (Court Reporter Edward Hawkins.)

                                                  Respectfully submitted,

                                                  s/_____
                                                  Sherman Robinson
                                                  5535 Wisconsin Avenue NW #440
                                                  Washington DC, 20015
                                                  (202)686-4858/(301)596-4999