UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| YVETTE BRYANT, Personal Representative to the Estate of MICHAEL FARRAR, <br><br> Plaintiff, <br><br> v. <br><br> CORRECTION CORPORATION OF AMERICA, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. 1:05cv02089 <br> Judge Kollar Kotelly |

### ANSWER OF DEFENDANT DAVITA CORPORATION, INC. TO CROSSCLAIM OF THE DISTRICT OF COLUMBIA AND CORRECTIONS CORPORATION OF AMERICA, INC.

COMES NOW, DaVita Corporation, Inc. (hereinafter "DaVita"), by and through undersigned counsel in response to the Crossclaim filed against DaVita by Co-Defendants the District of Columbia and the Corrections Corporation of America, Inc. (hereinafter "CCA"), and hereby states as follows:

### FIRST DEFENSE

The Crossclaim fails to state a claim upon which relief can be granted to the Co-Defendants.

### SECOND DEFENSE

Defendant DaVita denies all allegations of its alleged intentional or negligent acts and/or that such alleged acts caused or contributed to the incident and injuries and/or damages alleged in Plaintiff's Second Amended Complaint.

152909_1

## THIRD DEFENSE

Defendant DaVita denies that these Co-Defendants are entitled to contribution from DaVita toward any judgment awarded to the Plaintiff against the Defendant/Crossclaimant District of Columbia and/or CCA.

## FOURTH DEFENSE

Defendant denies that the Co-Defendants are entitled to indemnification from DaVita toward any judgment the Plaintiff may recover against Defendant/Crossclaimant District of Columbia and/or CCA.

**WHEREFORE**, for the reasons set forth above, Defendant DaVita demands that the Crossclaim be dismissed with cost as permitted by law.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_____
Ronald G. Guziak, D.C. Bar No. 233940
Chandra W. Holloway, D.C. Bar No. 478476
1250 Eye Street, N.W., Sixth Floor
Washington, D.C. 20005
Tel:   (202) 712-7000
Fax:   (202) 712-7100
*Counsel for DaVita Corporation, Inc.*

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on this 22nd day of June, 2006, a copy of Answer of Defendant DaVita Corporation, Inc. to Crossclaim of the District of Columbia And Corrections Corporation of America, Inc. was served, *via* first-class mail, postage prepaid, upon:

Sherman Robinson, Esquire
5535 Wisconsin Avenue, N.W., Suite 440
Washington, D.C.  20015

Barry Tapp, Esquire
14662 Cambridge Circle
Laurel, Maryland  20770

Leo A. Roth, Jr.
Brault Graham, LLC
110 South Washington Street
Rockville, Maryland  20850

Theresa A. Rowell, Esquire
Office of the Attorney General
   for the District of Columbia
441 4th Street, NW, 6th Floor South
Washington, DC  20001

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012

Kelvin L. Newsome, Esquire
LeClair Ryan, P.C.
225 Reinekers Lane, Suite 700
Alexandria, Virginia  22314

_____
Ronald G. Guziak