UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| YVETTE BRYANT, Personal Representative to the Estate of MICHAEL FARRAR,<br><br>Plaintiff,<br><br>v.<br><br>CORRECTION CORPORATION OF AMERICA, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 1:05cv02089<br>)   Judge Kollar Kotelly<br>)<br>)<br>)<br>) |

### PRAECIPE REGARDING CHANGE OF ADDRESS

Please take notice that Counsel of Record for Defendant **DaVITA CORPORATION, INC.** has a change of address as of **July 1, 2006**. Please address all future pleadings, correspondence, *etc.*, for this matter to:

> Ronald G. Guziak, Esquire
> Chandra W. Holloway, Esquire
> **BONNER, KIERNAN, TREBACH & CROCIATA, LLP**
> 1233 20th Street, NW, 8th Floor
> Washington, DC 20036
> (202) 712-7000 Telephone
> (202) 712-7100 Facsimile

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

*/s/ signature/*

Ronald G. Guziak, D.C. Bar No. 233940
Chandra W. Holloway, D.C. Bar No. 478476
1250 Eye Street, N.W., Sixth Floor
Washington, D.C. 20005
Tel:  (202) 712-7000
Fax:  (202) 712-7100
*Counsel for DaVita Corporation, Inc.*

153196_1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June, 2006, a copy of Defendant DaVita Corporation, Inc.'s Praecipe Regarding Change of Address was served, *via* first-class mail, postage prepaid, upon:

Sherman Robinson, Esquire
5535 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015

Barry Tapp, Esquire
14662 Cambridge Circle
Laurel, Maryland 20770

Leo A. Roth, Jr.
Brault Graham, LLC
110 South Washington Street
Rockville, Maryland 20850

Theresa A. Rowell, Esquire
Office of the Attorney General
  for the District of Columbia
441 4th Street, NW, 6th Floor South
Washington, DC 20001

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

Kelvin L. Newsome, Esquire
LeClair Ryan, P.C.
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314

_____
Ronald G. Guziak