UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIE WALKER | * | |
|     Plaintiff, | * | |
| v. | * | Case No.: 1:05-cv-02213<br>Judge Reggie B. Walton |
| MCDONALD'S RESTAURANT , <u>et al.</u> | * | Deck Type: Civil Rights<br>(non-employment) |
|     Defendants. | * | |

**PARTIES' MOTION TO MODIFY THE SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 6(b) (1), the parties request this Honorable Court to revise the existing Scheduling Order, Exhibit A, and, in effect, extend the deadlines beginning with the submission of Plaintiff's 26(a) (2) up through the status conference.

In support thereof, the parties submit to this Court that written discovery between the parties has been completed. Although a list of the identities and address of witnesses, including employees, to the subject incident were requested in Plaintiff's initial discovery to McDonald's, the identity of Ms. Cash was the only employee/witness provided. In further dialogue concerning other witnesses, it was reported that with the exception of Ms. Cash, the other employee/witnesses were no longer employed by the McDonald's Restaurant. Thereafter, when further requests were made for the last known address of other witnesses, counsel for McDonald's reported that the information had been requested and was being researched by the client.

On July 31, 2006, a listing of the employee/witnesses and their last known address was provided. As a result, correspondence has been sent out to each witness requesting them to contact the undersigned. As of the date of this filing, neither a response from the employee/witnesses has been received nor has the mail been returned by the United States Postal Service indicating that the witness no longer resides at the subject address. Once the address of the witnesses is ascertained, the parties will jointly conduct interviews, and if necessary depositions.

Extending the Scheduling Order will provide counsel for Plaintiff with an opportunity to establish the factual predicates underlying Plaintiff's claim and which Plaintiff's expert can rely

in forming his opinions. It will also provide the opposition with an opportunity to conduct a realistic appraisal of the underlying facts in this controversy.   More importantly, the parties are of the opinion that approval of the motion may also promote judicial economy by providing all parties with a vehicle that may ultimately result in an extra-judicial disposition.

Based on the recent identification and addresses of eyewitnesses to the subject incident, and the critical role that their testimony may have on the ultimate disposition of this controversy, the parties request that this Court's Scheduling Order be extended consistent with the dates set out in the proposed Order.

WHEREFORE, it is respectfully requested that Parties' Motion to Modify the Scheduling Order be granted.

Respectfully submitted,

  /s/ *Sherman Robinson*
Sherman Robinson 956128
5335 Wisconsin Avenue NW #440
Washington DC, 20015
(202)686-4858/ (301)596-4999


*/s/ Dana K. DeLorenzo /s/*
Dana K. DeLorenzo [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)

*/s/ Thomas E. Dempsey /s/*
Thomas E. Dempsey, Esquire
DC Bar # 478712
10555 Main Street, Suite 400
Fairfax, Virginia  22030
(703) 273-2777
(703) 691-4288-Fax

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIE WALKER | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:05-cv-02213<br>Judge Reggie B. Walton |
| MCDONALD'S RESTAURANT, et al. | * | Deck Type: Civil Rights<br>(non-employment) |
| Defendants. | * | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PARTIES' MOTION TO MODIFY THE SCHEDULING ORDER

1. FRCP 15

2. FRCP 6(b)(1)

2. Consent of opposing parties

3. Inherent authority of the court`

      /s *Sherman Robinson*
Sherman Robinson 956128
5335 Wisconsin Avenue NW
Washington DC, 20015 #440
(202)686-4858/(301)596-4999


*/s/ Dana K. DeLorenzo /s/*
Dana K. DeLorenzo [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)

*/s/ Thomas E. Dempsey /s/*
Thomas E. Dempsey, Esquire
DC Bar # 478712
10555 Main Street, Suite 400
Fairfax, Virginia  22030
(703) 273-2777
(703) 691-4288-Fax

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE WALKER | * |
| Plaintiff, | * |
| v. | *   Case No.: 1:05-cv-02213<br>Judge Reggie B. Walton |
| MCDONALD'S RESTAURANT, et al. | *   Deck Type: Civil Rights<br>(non-employment) |
| Defendants. | * |

**PROPOSED ORDER**

Upon consideration of the Parties' Motion to Modify the Scheduling Order and the record herein, it is this _____ day of _____;

ORDERED:   That the motion is granted, and it is;

FURTHER ORDERED:   That the dates referenced in the Scheduling Order set out below shall represent the new deadlines in this matter.

.

| | |
|---|---|
| Proponent's 26(a)(2)(b) | October 31, 2006 |
| Opponents' 26(a)(2)(b) | November 30, 2006 |
| Discovery Completed | January 15, 2007 |
| Referral to Magistrate | February 16, 2007 |
| Status Hearing | March-April 2007 |

_____
UNITED STATES DISTRICT JUDGE