IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YVETTE BRYANT | : | |
| *PERSONAL REPRESENTATATIVE* | : | |
| of the Estate of MICHAEL FARRAR | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| | : | |
| v. | : | |
| | : | CASE NUMBER 1:05cv02089 |
| CORRECTIONS CORPORATION | : | Judge Kollar Kotelly |
| of AMERICA, INC., ET AL | : | Deck Type: Civil |
| | : | |
| | : | |
| Defendants | : | |

_____

**PLAINTIFF'S CONSENT MOTION TO ENLARGE THE
TIME TO SERVE DISCOVERY REQUEST TO THE DISTRICT OF
COLUMBIA AND DAVITA CORPORATION**

Pursuant to Fed. R. Civ. P. 6(b) (2), Plaintiff requests an extension of time to September 1, 2006 in which to file discovery request to the Davita Corporation and the District of Columbia. Under the discovery plan agreed to by the parties and adopted by this Court, discovery requests were to be filed by July 7, 2006. Through inadvertence, compliance with this deadline was not met.

Consent to the relief requested herein was approved by counsel for the District of Columbia and Davita Corporation during the week of August 7th 2006.

Wherefore, Plaintiff requests that an extension of time be granted to serve Defendants Davita Corporation and the District of Columbia with discovery requests up to and including September 1, 2006.

Respectfully submitted,

__/s_____
Sherman Robinson 956128
5335 Wisconsin Avenue NW #440
Washington DC, 20015
(202)686-4858/(301)596-4999

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YVETTE BRYANT | : | |
| *PERSONAL REPRESENTATATIVE* | : | |
| of the Estate of MICHAEL FARRAR | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| | : | |
| v. | : | |
| | : | CASE NUMBER 1:05cv02089 |
| CORRECTIONS CORPORATION | : | Judge Kollar Kotelly |
| Of AMERICA, INC., ET AL | : | Deck Type: Civil |
| | : | |
| | : | |
| Defendants | : | |

_____

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION TO EXTEND THE TIME TO FILE DISCOVERY REQUEST TO THE DISTRICT OF COLUMBIA AND THE DAVITA CORPORATION**

1. Fed. R. Civ. P. 15

2. Fed. R. Civ. P. 6(b)(2)

2. Consent of opposing parties

3. Inherent authority of the court

`

 _/s_____
Sherman Robinson 956128
5335 Wisconsin Avenue NW
Washington DC, 20015 #440
(202)686-4858/(301)596-4999

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YVETTE BRYANT                             :
*PERSONAL REPRESENTATATIVE*                :
*of the Estate of MICHAEL FARRAR*          :
                                          :
    Plaintiff                           :
                                          :
                                          :
  v.                                     :
                                          :   CASE NUMBER 1:05cv02089
CORRECTIONS CORPORATION                   :   Judge Kollar-Kotelly
Of AMERICA, INC., ET AL                   :
                                          :
                                          :
    Defendants                          :
_____

**ORDER**

    Upon consideration of Plaintiff's Consent Motion to Extend the Time to Serve Discovery Requests upon the District of Columbia and the Davita Corporation and the record herein, it is this _____ day of _____;

    ORDERED:   That Plaintiff's consent motion is granted, and it is;

    FURTHER ORDERED:   That Plaintiff shall serve the District of Columbia and Davita Corporation with discovery requests by no later than September 1, 2006.

_____
UNITED STATES DISTRICT JUDGE