UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| YVETTE BRYANT<br>Personal Representative of the Estate of<br>Michael Farrar<br>2905 Woodlawn Trail<br>Alexandria, VA 22306<br><br>    Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF<br>AMERICA<br><br>and<br><br>CENTER FOR CORRECTIONAL<br>HEALTH AND POLICY STUDIES, INC.<br><br>and<br><br>DISTRICT OF COLUMBIA<br>GOVERNMENT<br><br>and<br><br>DAVITA CORPORATION, INC.<br><br>    Defendants. | )<br>)<br>)<br>)   No. 05-CV-02089 (CKK)<br>)<br>) |

**ANSWER OF DEFENDANT, THE CENTER FOR CORRECTIONAL
HEALTH & POLICY STUDIES, INC. TO CROSS CLAIM OF
DEFENDANT, CORRECTIONS CORPORATION OF AMERICA, INC. AND
CROSS CLAIM AGAINST DEFENDANT,
CORRECTIONS CORPORATION OF AMERICA, INC.**

COMES NOW, Defendant, The Center for Correctional Health & Policy Studies, Inc. ("CCHPS"), through counsel, Leo A. Roth, Jr, Esquire and Brault Graham, P.L.L.C., and for its Answer to the Cross Claim filed herein by Defendant, Corrections Corporation of America, Inc.., states as follows:

**FIRST DEFENSE**

The Cross Claim fails to state a cause of action upon which relief can be granted.

Page 1

**SECOND DEFENSE**

This Defendant denies any and all claims of medical negligence alleged in the cross claim. Further, this Defendant denies that Corrections Corporation of American, Inc., is entitled to the equitable relief as requested.

**THIRD DEFENSE**

Anything not specifically admitted is denied.

**CROSS CLAIM AGAINST CORRECTIONS CORPORATION OF AMERICA, INC.**

1. This cross-claim is brought against Corrections Corporation of America, Inc.., pursuant to the Fed. R. Civ. P. Rule 13(g).

2. Plaintiff's Second Amended Complaint alleges that Defendant, Corrections Corporation of America, Inc., failed to reasonably monitor and communicate Plaintiff's requests for medical care, and that as a result Mr. Farrar suffered from cardiovascular complication, resulting in cardiac arrest and death.

3. Plaintiff additionally alleges that Defendant CCHPS, negligently treated decedent. CCHPS denies this allegation. However, in the event that it is held liable for this alleged negligence, then, and in that event, CCHPS seeks contribution and/or indemnification from Defendant, Corrections Corporation of America, Inc., for any sums entered against it in favor of Plaintiff.

                                          Respectfully submitted,

                                          BRAULT GRAHAM, P.L.L.C.

                                          _____/s/_____
                                          LEO A. ROTH, JR.   #11604

110 South Washington Street
Rockville, MD 20850
(301) 424-1060
Counsel for the Center for Correctional Health and Policy Studies, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of August 2006, the foregoing **Answer of Defendant, The Center for Correctional Health & Policy Studies, Inc., to Cross Claim of Defendant, Corrections Corporation of America, Inc., and Cross Claim of Defendant, Center for Correctional Health & Policy Studies, Inc., Against Corrections Corporation of America, Inc.,** was mailed, via first class mail to:

Sherman Robinson, Esquire
5335 Wisconsin Avenue, Suite 440
Washington, DC 20015
Counsel for Plaintiff

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Counsel for Corrections Corp. of America

Megan S. Ben'Ary Esquire
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
Counsel for Corrections Corp. of America

Theresa A. Rowell, Esquire
Office of the Attorney General for the District of Columbia
441 4th Street, NW, 6th Floor South
Washington, DC 20001
Counsel for District of Columbia

Ronald G. Guziak, Esquire
Bonner Kiernan Trebach & Crociata, LLP
1250 Eye Street, NW, Sixth Floor
Washington, DC 20005
Counsel for Davita Corporation, Inc.

/s/     Leo A. Roth, Jr.
LEO A. ROTH, JR.