IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVETTE BRYANT<br>PERSONAL REPRESENTATATIVE<br>of the Estate of MICHAEL FARRAR<br><br>   Plaintiff<br><br> v.<br><br>CORRECTIONS CORPORATION<br>of AMERICA, INC., <u>ET</u> <u>AL</u><br><br>   Defendants | CASE NUMBER 1:05cv02089<br>Judge Kollar Kotelly<br>Deck Type: Civil |

PLAINTIFF'S CONSENT MOTION TO MODIFY THE SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 6(b) (1), Plaintiff requests this Honorable Court to revise the Scheduling Order and, in effect, extend approximately 45 days to the deadline dates in general, starting with the deadline date for submission of Plaintiff's 26(a)(2)(b) Statement up through and including the Status Hearing date of February 27, 2007.

In support thereof, Plaintiff submits to this Court that the discovery anticipated to be completed following approval of the mutually agreed Discovery Plan did not occur. Discovery requests were timely propounded by Plaintiff. However, the receipt by counsel in mid-July of some, but not all, of the discovery requested from defendants and upon review thereof, only left the remaining days in July and August to conduct depositions of factual witnesses. In addition, since the entire discovery requested by Plaintiff was not provided by either CCA or CCHPS, it would not have been prudent to proceed with depositions of fact witnesses until responses, of which counsel believed were critical, were received and reviewed.

In addition, due to vacation and leave schedules of the attorneys for the parties and the witnesses during the mid and late summer months and unanticipated leave required to address a private matter of counsel for CCHPPS, the scheduling of health care witnesses, who were employed by CCHPS, could not occur consistent with the Scheduling Order.

As results, the factual predicates upon which Plaintiff's expert opinion would rely could not be ascertained to the required degree of professional specificity. Therefore, such unavailability reasonably support extending the deadline in which Plaintiff's 26(a) (2) (b) submissions are due until the required discovery has been obtained. In addition, Plaintiff has encountered an unforeseeable issue with one of its experts and needs additional time in which to resolve that dilemma.

Since there is insufficient time remaining, consistent with the existing Scheduling Order, to resolve the above-referenced discovery-related issues, and since the circumstances precipitating this request were beyond the control of the Plaintiff-to some extent, court approval of this request would allow Plaintiff, in conjunction with the anticipated cooperation of opposing parties, an opportunity to resolve these discovery issues and timely comply with the deadlines set out under the proposed plan.

WHEREFORE, the Plaintiff respectfully requests that her Motion to Modify the Scheduling Order be granted consistent with attached proposed Order. [1]

Respectfully submitted,

\_\_/s_____
Sherman Robinson 956128
5335 Wisconsin Avenue NW #440
Washington DC, 20015
(202)686-4858/(301)596-4999

---

[1] The instant consent motion was initially filed on August 15, 2006. Undersigned counsel was advised by opposing counsel on August 29 that the motion did not appear on the docket sheet. The Clerk's Office advised on August 30, 2006 that the motion was rejected because it was not filed under the proper miscellaneous category.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| YVETTE BRYANT | : | |
| PERSONAL REPRESENTATATIVE | : | |
| of the Estate of MICHAEL FARRAR | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | CASE NUMBER 1:05cv02089 |
| CORRECTIONS CORPORATION | : | Judge Kollar Kotelly |
| Of AMERICA, INC., ET AL | : | Deck Type: Civil |
| | : | |
| | : | |
| Defendants | : | |

_____

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S CONSENT MOTION TO MODIFY THE SCHEDULING ORDER

1. Fed. R. Civ. P. 6(b)(1)

2. Consent of opposing parties

3. Inherent authority of the court

`

\_/s_____
Sherman Robinson 956128
5335 Wisconsin Avenue NW
Washington DC, 20015 #440
(202)686-4858/(301)596-4999

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVETTE BRYANT <br> PERSONAL REPRESENTATATIVE <br> of the Estate of MICHAEL FARRAR <br><br> Plaintiff <br><br> v. <br><br> CORRECTIONS CORPORATION <br> Of AMERICA, INC.,  ET AL <br><br> Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : CASE NUMBER 1:05cv02089 <br> : Judge Kollar-Kotelly <br> : <br> : <br> : <br> : |

ORDER

Upon consideration of Plaintiff's Consent Motion to Modify the Scheduling Order and the record herein, it is this _____ day of _____;

ORDERED:   That Plaintiff's consent motion is granted, and it is;

FURTHER ORDERED:   That the Schedule set out below shall govern the filing deadlines in this matter.

_____
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| Proponent's 16(a)(2) | October 31, 2006 | (September 15. 2006) |
| Opponent's 26(a)(2)(b) | November 30, 2006 | (October 13, 2006) |
| Discovery Completed | February 28, 2007 | (January 31, 2007) |
| Referral to Magistrate | March 1-20, 2007 | (January 31-Feb 23, 2007) |
| Status Hearing | April   2007 | (February 27, 2007) |