# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVETTE BRYANT<br>*PERSONAL REPRESENTATATIVE*<br>*to the Estate of MICHAEL FARRAR* : | |
| : | |
| Plaintiff : | Case No. 05cv2089 (CKK) |
| v. : | |
| : | |
| CORRECTIONS CORP OF AMER, et al : | |
| : | |
| Defendants : | |

---

## CERTIFICATE OF DISCOVERY

I hereby certify that on September 1, 2006, I served on all parties a copy of Plaintiff's First Set of Interrogatories and Production of Documents to Defendant District of Columbia and that I will retain the originals of these documents in my possession, without alteration, until the case is concluded in this court, the time for noting an appeal has expired, and any appeal noted has been decided.

s/ _____
Sherman Robinson

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVETTE BRYANT<br>*PERSONAL REPRESENTATATIVE*<br>*to the Estate of MICHAEL FARRAR*<br><br>    Plaintiff<br>v.<br><br>CORRECTIONS CORP OF AMER, et al<br><br>    Defendants | :<br>:<br>:<br>:<br>:<br>: Case No. 05cv2089 (CKK)<br>:<br>:<br>:<br>:<br>: |

---

## CERTIFICATE OF DISCOVERY

I hereby certify that on September 1, 2006, I served on all parties a copy of Plaintiff's First Set of Interrogatories and Production of Documents to the Davita Corporation and that I will retain the originals of these documents in my possession, without alteration, until the case is concluded in this court, the time for noting an appeal has expired, and any appeal noted has been decided.

s/_____
Sherman Robinson