IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YVETTE BRYANT, Personal Representative of the Estate of MICHAEL FARRAR,

    Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, INC., et al.

    Defendants.

Civil Action No. 1:05-CV-02089
Judge Colleen Kollar-Kotelly

**DEFENDANT CORRECTIONS CORPORATION OF AMERICA'S
ANSWER TO CO-DEFENDANT
CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC.'S
CROSS-CLAIM FOR INDEMNIFIATION AND CONTRIBUTION**

Defendant CORRECTIONS CORPORATION OF AMERICA ("CCA"), by counsel, hereby responds to the Center for Correctional Health & Policy Studies, Inc.'s ("CCHPS") Cross-Claim as follows:

1.    The allegations contained in Paragraph 1 are conclusions of law to which no response is required. To the extent that a response is required, CCA denies the allegations contained therein.

2.    As to the allegations in Paragraph 2 of CCHPS' Cross-Claim, CCA admits only that Plaintiff's Second Amended Complaint makes allegations against CCA. The remaining allegations contained in Paragraph 2 are denied.

3.    CCA denies the allegations contained in Paragraph 3 of CCHPS' Cross-Claim.

**RELIEF REQUESTED**

4.    CCA denies that Co-Defendant CCHPS is entitled to any of the relief it seeks.

**DENIAL OF MATTERS NOT SPECIFICALLY ADMITTED**

5.    CCA denies each and every allegation contained in Co-Defendant CCHPS' Cross-

Claim not specifically admitted herein.  CCA further denies that it is liable for contribution or indemnification to CCHPS under any theory of law or fact.

**AFFIRMATIVE AND ADDITIONAL DEFENSES**

6. As a separate defense or in the alternative, CCA alleges that Co-Defendant CCHPS' Cross-Claim fails to state a claim upon which relief can be granted.

7. As a separate defense or in the alternative, CCA alleges that its conduct was not negligent and did not violate the applicable standard of care.

8. As a separate defense or in the alternative, CCA alleges that its actions or inactions were not the proximate cause of the injuries, losses and damages.

WHEREFORE, having fully answered Co-Defendant CCHPS' Cross-Claim, CCA requests that it be dismissed and that it be awarded its reasonable fees and costs.

Respectfully submitted,

  /s/ Megan S. Ben'Ary
Kelvin L. Newsome (D.C. Bar No. 439206)
Megan S. Ben'Ary (D.C. Bar No. 493415)
LECLAIR RYAN, A PROFESSIONAL CORPORATION
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
Telephone: (703) 684-8007
Facsimile: (703) 684-8075

Daniel P. Struck (D.C. Bar No. CO0037)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-7323
Facsimile: (602) 200-7811

*Counsel for Defendant
  Corrections Corporation of America*

Filed electronically this 11th day of September, 2006.