UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| YVETTE BRYANT, Personal Representative to the Estate of MICHAEL FARRAR, <br><br> Plaintiff, <br><br> v. <br><br> CORRECTION CORPORATION OF AMERICA, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION NO. 1:05cv02089
Judge Kollar Kotelly

## DEFENDANT DAVITA CORPORATION, INC.'S CONSENT MOTION TO EXTEND DISCOVERY DEADLINE

Defendant DAVITA CORPORATION, INC. ("DaVita"), by and through undersigned counsel BONNER KIERNAN TREBACH & CROCIATA, LLP, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully requests that this Honorable Court extend the respective deadline for discovery by at least ten (10) days. In support of this Consent Motion, Defendant DaVita states as follows:

1. In this survival action, Plaintiff alleges, *inter alia*, that DaVita is liable for medical malpractice in the death of Michael Farrar, an inmate who was receiving dialysis for end-stage renal failure.

2. On September 1, 2006, Plaintiff Yvette Bryant, Personal Representative to the Estate of Michael Marrar, served a copy of Plaintiff's First Set of Interrogatories and Production of Documents upon DaVita.

3. Pursuant to Federal Rule of Civil Procedure 33 and 34, Defendant DaVita's answers and/or objections are scheduled to be served within 30 days.

158058_1

4.   Despite the diligent efforts of legal counsel for DaVita, the required certification has not been acquired from the appointed DaVita representatives as those representatives are out of the state and otherwise unavailable.

5.   Plaintiff consented to the relief requested herein through counsel, Sherman Robinson, Esq., on October 2, 2006.

6.   This court has full discretion to permit extensions of discovery.

WHEREFORE, for all of the foregoing reasons, Defendant DaVita Corporation, Inc., respectfully asks the Court to grant this Consent Motion to Extend Discovery Deadline, and that the Court enter an Order to extend the respective deadline for DaVita's answer to Plaintiff's First Set of Interrogatories and Requests for the Production of Documents to Defendant DaVita Corporation.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

        /s/ Ronald G. Guziak
Ronald G. Guziak, D.C. Bar No. 233940
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
Tel:   (202) 712-7000
Fax:   (202) 712-7100
*Counsel for DaVita Corporation, Inc.*

158058-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| YVETTE BRYANT, Personal Representative to the Estate of MICHAEL FARRAR, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:05cv02089 Judge Kollar Kotelly |
| CORRECTION CORPORATION OF AMERICA, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## **ORDER**

UPON CONSIDERATION of the Consent Motion to Extend Discovery Deadline ("Motion"), and good cause having been shown;

IT APPEARING TO THE COURT that the Motion is proper and that said Motion should be granted, it is accordingly this _____ day of _____, 2006, hereby

ORDERED, that said Motion be, and the same hereby is, GRANTED; and it is hereby

FURTHER ORDERED that Defendant DaVita Corporation, Inc. shall have until October 12, 2006 to answer Plaintiff's First Set of Interrogatories and Requests for Production of Documents to DaVita Corporation.

SO ORDERED.

_____
United States District Court Judge

Copies to:

Ronald G. Guziak,
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036

Sherman Robinson, Esquire
5535 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015

Barry Tapp, Esquire
14662 Cambridge Circle
Laurel, Maryland 20770

Leo A. Roth, Jr.
Brault Graham, LLC
110 South Washington Street
Rockville, Maryland 20850

Theresa A. Rowell, Esquire
Office of the Attorney General
　for the District of Columbia
441 4th Street, NW, 6th Floor South
Washington, DC 20001

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

Kelvin L. Newsome, Esquire
LeClair Ryan, P.C.
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314

158058-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of October, 2006, a copy of Defendant DaVita Corporation, Inc.'s Consent Motion to Extend Discovery Deadline was served, *via* first-class mail, postage prepaid, upon:

Sherman Robinson, Esquire
5535 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015

Barry Tapp, Esquire
14662 Cambridge Circle
Laurel, Maryland 20770

Leo A. Roth, Jr.
Brault Graham, LLC
110 South Washington Street
Rockville, Maryland 20850

Theresa A. Rowell, Esquire
Office of the Attorney General
   for the District of Columbia
441 4th Street, NW, 6th Floor South
Washington, DC 20001

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

Kelvin L. Newsome, Esquire
LeClair Ryan, P.C.
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314


      /s/ Ronald G. Guziak
Ronald G. Guziak