## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

YVETTE  BRYANT                                     :
*PERSONAL REPRESENTATATIVE*                        :
*to the Estate of MICHAEL FARRAR*                  :
                                                   :
       Plaintiff        :Case No. 05cv2089 (CKK)
   v.                                        :
                                                   :
CORRECTIONS CORP OF AMER, <u>et al</u>             :
                                                   :
                                                   :
      Defendants
_____

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT CORRDECTIONAL COPORATION OF AMERICA TO PROVIDE ADDITIONAL ANSWERS TO INTERROGATORIES AND PRODUCTION OF DOCUMENTS**

     Plaintiff hereby requests that this Honorable Court issue its order requiring the Correctional Corporation of America, Inc. (CCA) to provide additional, full and complete answers to Interrogatories and Production of Documents served on June 12, 2006. In support thereof, the following is submitted:

   1.  In November 2005, Plaintiff's first   discovery requests were propounded to CCA. CCA opposed complying with the request because a discovery plan had not been agreed to by the parties.

   2.  On June 12, 2006, CCA was again served with a discovery request which was substantially the same as the one that was served in November 2005.  A correspondence, accompanying that request advised CCA of the critical time-sensitive need for responses to designated interrogatories. Exhibit A.

   3. Thereafter, responses to the discovery request were received. However, the answers were evasive, incomplete and otherwise deficient as more particularly described hereunder.  More importantly, the critical information referenced previously was not provided.

   3. After conducting a review of CCA's responses to Plaintiff's discovery request, on August 7, 2006, CCA was advised of deficiencies and was requested to supplement responses.   Exhibit. B.

   4. On September 8, 2006, a correspondence was sent to counsel for CCA advising that a meeting had been scheduled on September 13, 2006, outside of your honor's courtroom in order

to address outstanding discovery issues.  However, prior to the scheduled date, the meeting was cancelled in reliance upon representations from local counsel that attempts would be made to provide the requested information.  Exhibit C

5. On October 3, 2006, CCA was advised that a meeting was scheduled in the Office of the Attorney General on October 5, 2006 to address outstanding discovery issue.

6.  On October 5, 2006, a meeting was conducted in the Office of the Attorney General following the deposition of a CCA witness.  During the meeting, undersigned counsel reviewed with counsel for CCA the areas in which supplemental responses were required.  Plaintiff's critical need for information related to the identities and cell location of inmates who were housed on the medical ward when decedent died was reiterated.

7. Other than receiving document from decedent's institutional file thereafter, the requested information has neither been provided nor are responses expected.

The Interrogatories that have not been answered by CCA include the following:

1.  Interrogatory  #2. Please provide the name, DCDC No., last known address, of all inmates housed on the medical ward where Michael Farrar was housed on December 29, 2003;  (b) As part of your answer, if the inmate has been transferred to another penal facility, indicate his current whereabouts including the name, address, and telephone number of the institution where the inmate is in custody, and the name of the prison official to contact in order to arrange an interview; (c) If the inmate has been released from custody,  provide the name of the inmate's parole officer and/or the name and address of the person that the inmate has designated to be notified in the event of emergency  or other data sources employed by this Defendant to locate and inmate.

2.  Interrogatory #3.  Indicate by diagram or other descriptive model or index, the relative location of the cell of every inmate on the medical ward to the cell of Michael Farrar and the nurse's station during the night and morning hours of December 28 and 29, 2003.

3.  Interrogatory  #9.  Provide the names, DCDC Numbers, age, and cause of death of all inmates who died or who suffered losses in bodily functions or senses while being housed at the CTF for the past 10 years;  (b) As part of your answer, indicate whether the deaths of loss in bodily functions resulted in the filing of civil charges against the CCA, CCHPS or the District Government; (c) Of those deaths or loss in body functions that resulted in the filing of civil lawsuits, please describe the specific nature of the allegations made in the complaint, the party against whom allegations were made, the court, the docket number, and the judge. (d)  Of those cases in which lawsuits were filed, indicate the final outcome (in terms of monetary award) by verdict or settlement,  the date,  and the attorney(s) representing the inmate(s),

8. In conjunction with Fed. R. Civ. P.  33 and 37, Plaintiff seeks an order compelling responses to the above noted Interrogatories.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court issue an Order requiring Defendant CCA to file additional responses, within 10 days that fully and completely answer each of the questions contained in the Plaintiff's First Set of Interrogatories

Respectfully submitted,

s/_____
Sherman Robinson
5535 Wisconsin Avenue NW #440
Washington DC, 20015
(202)686-4858/(301)596-4999

## CERTIFICATION

I hereby certify that on October 5, 2006, undersigned counsel attempted in good faith to resolve the above-reference discovery issues.

s/_____
 Sherman Robinson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVETTE  BRYANT | : |
| *PERSONAL REPRESENTATATIVE* | : |
| *to the Estate of MICHAEL FARRAR* | : |
| | : |
| Plaintiff | :Case No. 05cv2089 (CKK) |
| v. | : |
| | : |
| CORRECTIONS CORP OF AMER, <u>et al</u> | : |
| | : |
| | : |
| Defendants | : |

_____

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL RESPONSES TO
## INTERROGATORIES AND PRODUCTION OF DOCUMENTS
## TO  DEFENDANT CCA

Upon consideration of Plaintiff's Motion to Compel Responses to Interrogatories and Production of Documents, Defendant CCA responses thereto, and the record herein, it is this_____ day of _____;

ORDERED:        That Plaintiff's motion be granted; and, it is

FURTHER ORDERED:  That Defendant CCA shall provide complete responses to Plaintiff's interrogatories and Production of Document requests within 10 days of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE