UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| YVETTE BRYANT ) | |
| Personal Representative of the Estate of ) | |
| Michael Farrar ) | |
| 2905 Woodlawn Trail ) | No. 05-CV-02089 (CKK) |
| Alexandria, VA  22306 ) | |
| | |
| Plaintiff, | |
| | |
| v. | |
| | |
| CORRECTIONS CORPORATION OF | |
| AMERICA, et al. | |
| | |
| Defendants. | |

**RULE 26(a)(2) DISCLOSURE STATEMENT OF DEFENDANT, CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC.**

COMES NOW Defendant, Center for Correctional Health & Policy Studies, Inc., by and through counsel, Leo A. Roth, Jr, Esquire and Brault Graham, P.L.L.C., and for its Expert Designation, pursuant to Fed. R. Civ. P. 26(a)(2) (B), states as follows:

The following documents are attached hereto as exhibits:

1.      The expert statement of Joel R. Schulman, MD.

2.      The Curriculum Vitae of Dr. Schulman.

3.      A listing of any cases where Dr. Schulman has testified as an expert within the last four years.

Dr. Schulman is Board Certified in the fields of Internal Medicine, Pulmonary Disease, and Critical Care Medicine. In the case at bar, Dr. Schulman is being compensated for his expert professional services at the rate of $450.00 per hour.

This Defendant reserves the right to have Dr. Schulman supplement his report should he receive any additional, relevant information.

          Respectfully submitted,

          BRAULT GRAHAM, P.L.L.C.


             /s/ Leo A. Roth, Jr.
          LEO A. ROTH, JR.   #11604
          110 South Washington Street
          Rockville, MD  20850
          (301) 424-1060
          Counsel for the Center for Correctional Health and Policy Studies, Inc.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 27th day of November 2006, the foregoing **Rule 26(a)(2)(B) Statement of Defendant, Center for Correctional Health & Policy Studies, Inc.,** was mailed, via first class mail to:

Sherman Robinson, Esquire
5335 Wisconsin Avenue, Suite 440
Washington, DC  20015
Counsel for Plaintiff

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Counsel for Corrections Corp. of America

Kelvin Newsome, Esquire
Megan S. Ben'Ary, Esquire
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
Counsel for Corrections Corp. of America

Theresa A. Rowell, Esquire
Office of the Attorney General for the District of Columbia
441 4th Street, NW, 6th Floor South
Washington, DC  20001
Counsel for Anthony Williams

Ronald G. Guziak, Esquire
Bonner Kiernan Trebach & Crociata, LLP
1250 Eye Street, NW, Sixth Floor
Washington, DC  20005
Counsel for Davita Corporation, Inc.

                                            /s/ Leo A. Roth, Jr.
                                            LEO A. ROTH, JR.