

Elliot R. Goldstein, M.D., FCCP, FACP
Joel R. Schulman, M.D., FCCP
David A. Blass, M.D., FCCP, FACP
Alan Morrison, DO, FACP
Sara Vazer, MD

Hing Chung Lee, M.D., PhD, FACP
Susan W. Jaffe, M.D., FACOG
William Cullen, MD, MBA
Barbara Hirsch, DPM

Mary E. Callsen, MD
Phyllis S. Schreiner, MD
Joel A. Reiskin, MD
William McNamara, MD

November 21, 2006

Pursuant to the request of Leo A. Roth, Jr., Esquire, counsel for Defendant, Center for Correctional Health & Policy Studies, Inc., I have been requested to prepare a statement regarding my opinions for the care provided to Michael Farrar during his incarceration at the DC Detention Facility. In preparation for my opinions, I have reviewed the Second Amended Complaint, the medical records for Mr. Farrar from the Center for Correctional Health & Policy Studies, Inc., the medical records for the out-patient dialysis, and the autopsy and toxicology records.

It is my medical opinion, within a reasonable degree of medical probability, that the decedent suffered an acute flash pulmonary edema event brought on by the decedent's history of chronic left ventricular hypertrophy and renal failure, which combined with a presumed increased in fluid intake from unknown sources during the period beginning with the dialysis on December 26, 2003 and continuing until his death on December 29, 2003. This would be a contributory factor for the development of an acute or flash pulmonary edema event as a presumed mechanism for the final episode and the findings noted on autopsy.

6000 Executive Boulevard · Suite 300
Rockville, Maryland 20852
Phone: 301·468·8999

5480 Wisconsin Avenue, 115
Chevy Chase, Maryland 20815
Phone: 301·656·4545

Mr. Farrar returned from his dialysis on December 26, 2003 with a posted post dialysis weight of 70.5 kilograms, which was actually his lowest weight noted from his previous five dialysis treatments. He was noted to be stable at the time of discharge from dialysis, with vital signs of 109/72 (sitting) and 128/101 (standing). Mr. Farrar was reported as being alert upon his return to the DC Detention Facility from dialysis and his blood pressures were noted to be 103/74 at 7:30 PM and 161/99 at 9:40 PM, when he was verbally responding while walking in the hall. It is noted that he made no complaints that evening or the following day. On December 28, 2003, the patient gave a history of having a quiet night. His graft site was intact and he was out of bed for detail work. He reported having a good appetite and was given his medications and was considered to be stable. On December 29, 2003, Mr. Farrar was noted to be comfortable and eating an orange at 4:36 AM and did not voice any discomfort or respiratory distress. He was alert and verbal, indicating that he had slept well through the night. It is noted that he had a good appetite. At 4:59 PM, he was found to be unresponsive and did not respond to efforts of resuscitation. The autopsy findings showed chronic left ventricular dilatation and hypertrophy, vascular congestion of the lungs, and increasing lung weight. Mr. Farrar had been maintained on multiple antihypertensive medications during the period in question. It is my opinion, within a reasonable degree of medical probability, that the clinical presentation as described above is not inconsistent with a patient expiring at 4:59 AM as a result of a flash pulmonary edema event.

Further, it is my opinion, that the care provided to Mr. Farrar by the medical personnel employed by CCHPS conformed to reasonable standards of care. The factual basis for my opinions is based on the review of the chart entries, as well as my education,

training, and experience in the fields of Internal Medicine, Pulmonary Disease, and Critical Care Medicine.

My opinion regarding the life expectancy of Mr. Farrar, due to his chronic left ventricular hypertrophy and renal failure, is seven (7) years from his onset of renal dialysis treatment.

_____
Joel R. Schulman, MD

Case 1:05-cv-02089-CKK    Document 56-2    Filed 11/27/2006    Page 3 of 3