CURRICULUM VITAE
JOEL R. SCHULMAN, M.D.
JANUARY 2006


BIRTHDATE:            December 10, 1945

BIRTHPLACE:           Perth Amboy, New Jersey

FAMILY STATUS:        Married, 2 children

HOME ADDRESS:         11640 Piney Spring Lane
                      Potomac, Maryland 20854

OFFICE ADDRESS:       6000 Executive Blvd.
                      Suite 300
                      Rockville, Md. 20852
                      301-468-8999

EDUCATION:            1972-M.D. Boston University School of Medicine

                      1968- B.A. Rutgers University
                           Honors Degree, Biochemistry
                           Henry Rutgers Scholar in Biochemistry

HOSPITAL POSITIONS:
              2000-2003-Chief of Staff
              Suburban Hospital, Bethesda, Maryland
              1997-2000-Chair Elect-Chief of Staff
              Suburban Hospital, Bethesda, Maryland
              1992-1994-Chairman, Department of Medicine
              Suburban Hospital, Bethesda, Maryland
              1992-1994-Quality Assurance Committee
              Suburban Hospital, Bethesda, Maryland
              1990-1992-Vice Chairman, Department of Medicine
              Suburban Hospital, Bethesda, Maryland
              1989-1993-Chairman, Credentials Committee
              Suburban Hospital, Bethesda, Maryland
              1979-Medical Director, Respiratory Therapy
              Suburban Hospital, Bethesda, Maryland
              1977-Attending Staff
              Suburban Hospital, Bethesda, Maryland

Joel R. Schulman, MD   Curriculum Vitae                page 2

    1976-1977 Teaching Assistant, New York University School of Medicine
    1975-1977-Fellow, Chest Service, Bellevue Hospital New York, New York
    1974-1975-Teaching Assistant, Albert Einstein College of Medicine
    1973-1975-Medical Resident, Montefiore Hospital Bronx, New York
    1972-1973-Medical Intern, Montefiore Hospital Bronx, New York

MEDICAL QUALIFICATIONS:

    1987- Certification American Board of Critical Care Medicine
    1978- Certification American Board of Pulmonary Disease
    1977- Maryland License D-20516
    1975- Certification American Board of Internal Medicine #49396
    1973- National Board Certification

PROFESSIONAL SOCIETIES:

    American College of Physicians
    American Thoracic Society
    Fellow, American College of Chest Physicians

STAFF PRIVILEGES:

    Suburban Hospital-Attending Staff