**LIST OF DEPOSITION TESTIMONY BY JOEL R. SCHULMAN, MD.**

| DATE | CASE NAME |
|---|---|
| 6/6/03 | James and Katherine Hancock v. The George Washington University, et al. DC Superior Court |
| 3/3/05 | Eva T. Molnar v. Howard University DC Dept. of Employment Services (Worker's Compensation) |
| 8/4/06 | Cheerie Jenkins v. The George Washington University, et al. DC Superior Court |
| 10/9/06 | Lisa Bligen v. Belvedere, LLLP, et al. Cir. Court for Montgomery County, MD |