UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YVETTE BRYANT,
   Personal Representative
   of the Estate of Michael Farrar,

   Plaintiff,

   v.

CORRECTIONS CORPORATION OF
AMERICA, INC., *et al.*,

   Defendants.

Civil Action No. 05–2089 (CKK)

**ORDER**
(November 27, 2006)

The above-captioned case has been referred to Magistrate Judge Alan Kay for the disposition of [54] Plaintiff's *Motion to Compel Defendant Corrdectional [sic] Coporation [sic] of America to Provide Additional Answers to Interrogatories and Production of Documents*, and all pending and future discovery-related motions pursuant to LCvR 72.2(a).

Accordingly, it is this 27th day of November, 2006,

**SO ORDERED.**

                                                   /s/
                                      COLLEEN KOLLAR-KOTELLY
                                      United States District Judge