UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| YVETTE BRYANT, Personal Representative to the Estate of MICHAEL FARRAR, <br><br> Plaintiff, <br><br> v. <br><br> CORRECTION CORPORATION OF AMERICA, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION NO. 1:05cv02089 <br> Judge Kollar Kotelly |

**DEFENDANT DaVITA CORPORATION, INC.'S**
**RULE 26(a)(2) DISCLOSURE STATEMENT**

COMES NOW Defendant DaVITA CORPORATION, INC. (hereinafter "Defendant"), by and through its counsel, **BONNER KIERNAN TREBACH & CROCIATA, LLP**, and pursuant to Fed. R. Civ. P. 26(a)(2) provides its Expert Designation as follows:

The following documents are attached hereto as exhibits:

1. The expert statement of Paul J. Scheel, Jr., M.D., M.B.A.

2. Designation and expected opinion of Matthew R. Weir, M.D.[1]

3. The Curriculum Vitae of Dr. Scheel.

4. The Curriculum Vitae of Dr. Weir

---

[1] Pursuant to DaVita's Consent Motion to Extend the Filing Deadline of its 26(a)(2) Disclosure, the expert statement of Matthew Weir, M.D. will be provided no later than Friday, December 8, 2006. Dr. Weir was out of the country until November 28, 2006 and unable to prepare a complete report. An outline of Dr. Weir's expected opinion is attached.

5. A listing of those cases where Dr. Scheel has testified as an expert within the last four years.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**


_____/s/ Ronald G. Guziak_____
Ronald G. Guziak, D.C. Bar No. 233940
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
Tel:    (202) 712-7000
Fax:   (202) 712-7100
*Counsel for DaVita Corporation, Inc.*

2

161176-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| YVETTE BRYANT, Personal Representative to the Estate of MICHAEL FARRAR, <br><br> Plaintiff, <br><br> v. <br><br> CORRECTION CORPORATION OF AMERICA, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 1:05cv02089 <br> ) Judge Kollar Kotelly <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT DaVITA CORPORATION, INC.'S**
**RULE 26(a)(2) DISCLOSURE STATEMENT**

COMES NOW Defendant DaVITA CORPORATION, INC. (hereinafter "Defendant"), by and through its counsel, **BONNER KIERNAN TREBACH & CROCIATA, LLP**, and pursuant to Fed. R. Civ. P. 26(a)(2) provides its Expert Designation as follows:

1. Paul J. Scheel, Jr., M.D., M.B.A.
   The Johns Hopkins Hospital
   Division of Nephrology
   1830 E. Monument St., Suite 416
   Baltimore, Maryland 21205

Dr. Scheel is Associate Professor and Director of the Division of Nephrology at The Johns Hopkins Hospital. He is board certified in nephrology. In the foregoing matter, Dr. Scheel is being compensated for his expert professional services at the rate of $375.00 per hour. A copy of Dr. Scheel's report, Curriculum Vitae and List of prior cases is attached.

    2.    Matthew R. Weir, M.D.
         Division of Nephrology
         University of Maryland Medical Center
         22 S. Greene Street, Room N3W143
         Baltimore, Maryland 21201

Dr. Weir is Professor of Medicine and Head, Division of Nephrology at the University of Maryland Medical System in Baltimore. He also serves as an attending physician at the University of Maryland Hospital. He is a Diplomate of the American Board of Internal Medicine with a subspecialty in nephrology and a Diplomate of the National Board of Medical Examiners. In the foregoing matter, Dr. Weir is being compensated for his expert professional services at the rate of $400.00 per hour. Based Upon his background experience and training and his review of the decedent's, Michael Farrar, medical records, it is expected that Dr. Weir will testify as to the following:

    1.    DaVita Corporation, Inc.'s treatment of Mr. Farrar did not violate or deviate from the standard of care required in the treatment of a dialysis patient.

        a.    Mr. Farrar's decreased Kt/V measurements are not uncommon in similarly situated and do not reflect a deviation from the standard of care provided by DaVita Corporation Inc.

        b.    Mr. Farrar's decreased dry weight was not the cause of his death. The dry weight of a patient is subject to change. Mr. Farrar's medical records indicate that he was gaining 2.4 kilos between treatments without any adverse effects to his health.

    2.    Mr. Farrar's death was the result of existing end stage renal disease and known complications and risks stemming therefrom which were probably caused by Mr. Farrar's failure to follow required diet, care, and other instructions from his healthcare providers.

This Defendant reserves the right to have Dr. Scheel supplement his report should he receive any additional, relevant information. Similarly, this Defendant reserves the right to have

Dr. Weir supplement and subsequently amend his report should he receive any additional, relevant information.

        Respectfully submitted,

        **BONNER KIERNAN TREBACH & CROCIATA, LLP**


        */s/ Ronald G. Guziak*
Ronald G. Guziak, D.C. Bar No. 233940
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
Tel:   (202) 712-7000
Fax:   (202) 712-7100
*Counsel for DaVita Corporation, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of November, 2006, a copy of Defendant DaVita Corporation, Inc.'s Rule 26(a)(2) Disclosure Statement was served, *via* electronic and first-class mail, postage prepaid, upon:

Sherman Robinson, Esquire
5535 Wisconsin Avenue, N.W., Suite 440
Washington, D.C.  20015

Barry Tapp, Esquire
14662 Cambridge Circle
Laurel, Maryland  20770

Leo A. Roth, Jr.
Brault Graham, LLC
110 South Washington Street
Rockville, Maryland  20850

Theresa A. Rowell, Esquire
Office of the Attorney General
  for the District of Columbia
441 4th Street, NW, 6th Floor South
Washington, DC  20001

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012

Kelvin L. Newsome, Esquire
LeClair Ryan, P.C.
225 Reinekers Lane, Suite 700
Alexandria, Virginia  22314

/s/ Ronald G. Guziak
Ronald G. Guziak