**Paul J Scheel Jr., MD**
**Expert Testimony List For Calendar Years 2003-2006**

**2003**

Elaine Mathews v George Washington University Medical Center ( Testimony at Trial)

Jack Danzinger v. St Vincent Charity Hospital ( Deposition)

**2004**

Moore v. Delgado   (Deposition) (Testimony at Trial)
Gass v. Howard University Hospital (Deposition)
Estate of Grace Gurganius v ?( Deposition)

**2005**
Cotrell v. Kasiss (Testimony at Trial)

**2006**

Johnson v. Howard University Hospital ( Deposition)

## CURRICULUM VITAE

### Paul J. Scheel, Jr., M.D.

**CURRENT
APPOINTMENT**

Associate Professor
The Johns Hopkins University
School of Medicine
Baltimore, Maryland

Director
Division of Nephrology
The Johns Hopkins University
Baltimore, Maryland

Medical Director
Integrated Renal Solutions
Glen Burnie, Maryland

**PERSONAL DATA:**

Home Address:
2916 Shadow Brook Court
Ellicott City, Maryland  21042
(410) 313-8869

Business Address:
The Johns Hopkins Hospital
Division of Nephrology
1830 E. Monument St., Suite 416
Baltimore, MD  21205
Office:  (410) 955-5268
FAX:  (410) 955-0485

**EDUCATION:**

From 1976 to 1979     -     High School
Calvert Hall College
Towson, Maryland

**(EDUCATION, continued)**

From 1979 to 1984    -    Lynchburg College
                           B.S. Biology/Chemistry
                           Lynchburg, Virginia

From 1984 to 1987    -    Georgetown University School of Medicine
                           Washington, D.C.

From 1987 to 1988    -    Intern in Internal Medicine
                           Osler Medical Service
                           The Johns Hopkins Hospital
                           Baltimore, Maryland

From 1988 to 1989    -    Junior Assistant Resident, Internal Medicine
                           Osler Medical Service
                           The Johns Hopkins Hospital
                           Baltimore, Maryland

From 1989 to 1990    -    Senior Assistant Resident, Internal Medicine
                           Osler Medical Service
                           The Johns Hopkins Hospital
                           Baltimore, Maryland

From 1990 to 1992    -    Fellow, Division of Nephrology
                           The Johns Hopkins University
                           School of Medicine
                           Baltimore, Maryland

From 1997 to 2001         Masters Degree in Business Administration
                           The Johns Hopkins University, School of Business
                           Baltimore, MD

## PROFESSIONAL EXPERIENCE:

1992 - 1993               Instructor, Division of Nephrology
                           The Johns Hopkins University
                           School of Medicine
                           Baltimore, Maryland

| | |
|---|---|
| 1993-1998 | Assistant Professor of Medicine<br>Division of Nephrology<br>The Johns Hopkins University<br>Baltimore, Maryland |
| 1992 - 2002 | Medical Director of Dialysis<br>The Johns Hopkins Hospital<br>Baltimore, Maryland |
| 1992 - 1997 | Medical Advisory Board<br>The Greenfield Health System<br>Detroit, Michigan |
| 1995 - 2001 | Medical Director<br>Renal Transplantation<br>The Johns Hopkins Hospital<br>Baltimore, Maryland |
| 1995 - 1996 | Medical Advisory Board<br>Renal Network 5<br>The Health Care Finance Administration<br>Richmond, Virginia |
| 1995 - 1996 | Medical Advisory Board<br>Satellite Dialysis<br>San Jose, California |
| 1995 - 2001 | Director, Division of Nephrology<br>The Greater Baltimore Medical Center<br>Towson, Maryland |
| 1996 - 2002 | Member<br>Maryland State Kidney Commission<br>Baltimore, Maryland |

## PROFESSIONAL EXPERIENCE, continued)

| | |
|---|---|
| 1998 - Present | Associate Professor<br>The Johns Hopkins University<br>School of Medicine<br>Baltimore, Maryland |

| | |
|---|---|
| 1998 - 2002 | Regional Medical Director<br>Gambro Health Care<br>Nashville, TN |
| 2000 – Present | Medical Director<br>Integrated Renal Solutions<br>Glen Burnie, Maryland |
| 2000 - 2006 | Vice Chairman - Clinical Operations<br>Department of Medicine<br>The Johns Hopkins University<br>Baltimore, Maryland |
| 2003- 2004 | Interim Director- Division of Nephrology<br>The Johns Hopkins University<br>Baltimore, Maryland |
| 2004-Present | Director- Division of Nephrology<br>The Johns Hopkins University<br>Baltimore, Maryland |
| 2006-Present | Medical Advisory Board<br>Davita Healthcare<br>El-Sagundo , California |

## PUBLICATIONS:

### Peer Reviewed Articles:

1.   Scheel PJ, Whelton A, Rossiter K, Watson AJ.  Cholestyramine-induced hyperchloremic metabolic acidosis.  J. Clin. Pharm. 32(6), 536, 1992.

2.   Trerotola SO, Lund GL, Scheel Paul J, Savader SJ, Venbrux AC, Osterman FA, Jr. Thrombosed dialysis access grafts: percutaneous mechanical declotting without urokinase. Radiology 191:721-726, 1994.

3.   Mihyu SS, Scheel PJ, Watson AJ, Perler BA, and Whelton A.  Recurrent induction of the syndrome of inappropriate anti-diuretic hormone secretion following carotid endarterectomy. Am. J. of Therapeutics 2:31-33, 1995.

4.    Scheel PJ, Farzadegan H, Ford D, Malan M, Watson A.    Recovery of human immunodeficiency virus from peritoneal dialysis effluent.  JASN 5(11)1926-1995.

5.    Lund G, Trerotola S, Scheel P.  Percutaneous translumbar inferior vena cava cannulation for hemodialysis.  AM. J. Kid. Dis. 25(5):732-737, 1995.

6.    Catu TG, Hoehn-Saric EW, Burgess KM, Racusen L, Scheel PJ.  Renal failure associated with immunoglobulin therapy.  Am. J. Kid. Dis. 25(2):228-234, 1995.

7.    Trerotola S, Scheel P, Powe N., et al.  Screening for dialysis access graft malfunction: comparison of physical exam with doppler ultrasound.  JCVIR 7:15-20, 1996.

8.    Briggs W, Gao ZH, Scheel PJ, Burdick J, Gimenez L, Choi M.  Differential glucocorticoid responsiveness of dialysis patients' lymphocytes.  Peritoneal Dialysis International. 16:406-411, 1996.

9.    Briggs W, Tana S, Choi M, Scheel P, Nadasdy T, Racusen L.  Clinicopathologic correlates of prednisone treatment of HIV Associated Nephropathy.  Am J Kid Dis 28(4)618-621, 1996.

10.    Scheel P, Malan M. Disposal of dialysate in HIV-positive patients - an update.  Advances in Renal Replacement Therapy. 3(4), 298-301, 1996.

11.    Farzadegan H, Scheel PJ.  In vitro growth kinetics of HIV-1 in peritoneal dialysate and peritoneal dialysate exchange tubing.   Kidney International 50(5) 1959-1962,1996. November 1996.

12.    Briggs W, Gao Z, Gimenez L, Scheel P, Choi M, Burdick J.  Lymphocyte responsiveness to glucocorticoids, cyclosporine or both.  J Clin Pharm. 36:707-714, 1996.

13.    Briggs W, Gao Z-H, Xing JJ, Gimenez L, Samaniego M, Scheel P, Choi M, Burdick J.  Suppression of lymphocyte interleukin-2 receptor expression by glucocorticoids and/or cyclosporine.  J Clin Pharm 36:931-937, 1996.

14.    Briggs W, Gao Z-H, Xing JJ, Scheel P, Choi M, Burdick J.  Differential suppression of dialysis patients= lymphocyte IFNγ production by glucocorticoids and cyclosporine.  Cytokine. 8:804-808, 1996.

15.    Briggs WA, Gao Z-H, Xing J-J, Scheel, PJ, Burdick JF.  Differential glucocorticoid responsiveness of hemodialysis patients' lymphocytes.  ASAIO Journal. 43:31-34, 1997.

16.    Briggs W, Gao Z, Xing J, Scheel P, Gimenez L, Samaniego M, Choi M, Burdick J.  Suppression of dialysis patients= lymphocyte IL-2R expression by glucocorticoids and cyclosporine.  Cytokine.  9(8), 624-628, 1997 .

17. Savader S, Lung G, Scheel P, Prescott C, Feeley N, Singh H, Osterman E. Guide wire directed manipulation of malfunctioning peritoneal dialysis catheters: A critical analysis . JVIR. 8:957-963, 1997.

18. Phillips G, Scheel P, Zeiger M. Unilateral breast enlargement: four case reports of an Aunusual@ presentation of central vein stenosis in hemodialysis patients. Surgery 123:699-701, 1998.

19. Briggs W, Eustace J, Mathew S, Gimenez L, Choi M, Scheel P, Burdick J. Pentoxifylline potentiates in vitro lymphocyte suppression by glucocorticoids and immunosuppressive drugs. J Clin Pharm 38:561-566, 1998.

20. Briggs W, Choi M, Scheel P. Successful treatment of glomerular disease with mycophenolate mofetil. American Journal of Kidney Disease 31:213-217, 1998.

21. Gimenez L, Micali S, Chen R, Moore R, Kavoussi L, Scheel P. Laparoscopic renal biopsy. Kidney International, Vol.54:525-529, 1998.

22. Briggs W, Eustace J, Gimenez LF, Choi MJ, Scheel PJ, Burdick JF. Lymphocyte suppression by glucocorticoids with cyclosporine, tacrolimus, pentoxifylline and mycophenolate acid. J. Clin. Pharm. 39:125-130, 1999.

23. Savader SJ, Lund GB, Scheel PJ. Forearm loop, upper arm straight, and brachial-internal jugular vein dialysis grafts: A comparison study of graft survival utilizing a combined percutaneous endovascular and surgical maintenance. JVIR. 10:537-545, 1999.

24. Kan H, Savader S, Scheel P, Lund G. Carbon dioxide guided endovascular renal artery intervention: initial results. Journal of Interventional Radiology. 14:29-35, 1999.

25. Briggs WA, Wu Q, Orgul O, Choi M, Scheel PJ, Burdick J. Lymphocyte suppression by rolipram with other immunosuppressive drugs. J Clin Pharmacol. 39:794-799, 1999.

26. Lund G, Trerotola S, Scheel P, Savader S, Mitchell S, VenBrux S, Osterman F. Outcome of tunneled hemodialysis catheters placed by radiologist. Radiology 198(2), 467-472, 1996.

27. Chen H, Civelek AC, Westra WH, Scheel PJ, Udelsman R. Use of technetium Tc 99m scintigraphy for recurrent tertiary hyperparathyroidism from a parathyroid forearm graft. Southern Medical Journal 93(2),215-217, 2000.

28. Briggs WA, Gimenez LF, Samaniego-Picata M, Choi MJ, Nadasdy T, Eustace J, Scheel PJ. Relationship between lymphocyte and clinical steroid responsiveness in focal segmental glomerulosclerosis. J. Clin. Pharmacol 40, 115-123, 2000.

29. Savader S, Geshwind J, Lund G, Scheel P. Percutaneous radiologic placement of continuous ambulatory peritoneal dialysis catheters. Radiology. In press 1999.

30.     Eustace J, Coresh J, Kutchey C, Te, PL, Gimenez, LF, Scheel PJ, Walser M.  Randomized double-blind trial of oral essential amino acids for dialysis associated hypoalbunimenia. Kidney International 57(6), 2527-2538, 2000.

31.     Eustace J, Neurmberger E, Choi M, Scheel P, Briggs W.  Cohort study of the treatment of HIV associated nephropathy with corticosteroids.  Kidney International  40, 1253-1260, 2000.

32.     Atta M, Eustace J, Sung X, Perl T, Scheel P.  The association of outpatient vancomycin use with the development of vancomycin resistant enterococcal colonization in maintenance dialysis patients.  Kidney International. 59(2),  718-724. 2001

33.     Nair SP, Krishnan M, Scheel P, Thuluvath PJ.  Renal allograft survival in patients who had simultaneous liver and kidney transplantation compared to those who had renal transplantation alone.  Transplantation Proceedings. 33(2), 1134-1140, 2001.

34.     Zaas A, Scheel P, Venbrux, Hellmann D.  Large artery vasculitis following recombinant hepatitis B vaccination.  Journal of Rheumatology. 28(5), 1116-1120, 2001.

35.     Choi M, Eustace J, Gimenez L, Atta M, Scheel P, Sothinathan R, Briggs W.  Mycophenolate mofetil treatment for primary glomerular diseases.  Kidney International. 61, 1098-1114, 2002.

36.     Mudrick D, Arepally A, Geschwind J, Ronsivalle J. Lund G, Scheel P.  Spontaneous renal artery dissection:  Treatment with coil embolization.  JCVIR 2003 (in press).

37.     Myers DI, Poole L J, Imam, K, Scheel PJ and Eustace JA.   Renal artery stenosis by 3-dimensional magnetic resonance angiography in type II diabetes with uncontrolled hypertension and chronic renal insufficiency:  Prevalence and effect on renal function. American Journal of Kidney Disease, 41(2), pp 351-360, 2003.

38. Nettles R, Nichols L, Bell-Mcguin, Pipelong M, Scheel P , Merz W. Successful treatment of *Trichosporon Mucoides* infection with fluconzole in a heart and kidney transplant recipient. Journal of Clinical Infectious Disease. 36 ( February 15), pp 63-66, 2003

39. Srinivasan A, Wolfenden L, Song X, Hartsell T, Jones H, Diette G, Orens J, Yung R, Ross T, Mackie K, Merz W, Scheel P, Haponik E, Perl T. An Outbreak of Pseudomonas aeruginosa Associated with Flexible Bronchoscopes. New England Journal of Medicine; 348:221-227,2003

40. Atta M, Logenecker C, Fine D, Nagajotyhi N, Grover D, Racusen L, Scheel P, Hamer U. Ultrasound as A Predictor of HIV Associated Nephropathy.  Journal of Ultrasound in Medicine. 23: 603-610 , 2004

41. Eustace J, Gregory P, Ni W, Krishnan M, Kuhn D, Astor B, Moore R, Scheel P, . The Influence of Injection Drug Use On Vascular Access Placement and Survival in HIV Seropositive Patients. Nephron- Clinical Practice. 2005 ; 100 ( 2 ) : pp 38-45

42.   Henrik M, Bunkenborg J, Hanumanthu R, Babylakshmi M, Scheel P , Pandey A. A Proteomic Analysis of Human Hemodialysis Fluid. Molecular and Cellular Proteomics. 4(5): 637-650, 2005

43. Atta MG, Choi MJ, Longenecker JC, Haymart M, Wu J, Nagajothi N, Racusen LC, Scheel PJ, Brancati FL, Fine DM. Nephrotic Range Proteinuria and CD4 Count as Non-invasive Indicators of HIV-Associated Nephropathy. *Am. J. Med.* December, 118(11) , pp 1288, 2005

44. Estrella M, Fine D, Gallant J, Rahman H, Nagjothi N, Racusen L, Scheel P, Atta M. HIV-1 RNA Level as a Clinical Indicator of Renal Pathology in HIV-Infected Patients.  Clinical Infectious Disease, 43(3); 377-380, 2006

45. Atta M, Gallant J, Rahman H, Nagajothi N, Racusen L, Scheel P, Fine D. Antiretroviral therapy in the treatment of HIV-Assoicated Nephropathy. Nephrology Diaysis and Transplantation . 10;2809-2813,2006

**Invited Editorials :**

1) Scheel P, Eustace J, Rabb H. Continuous dialysis as systemic therapy in the critically ill patient ? Critical Care Medicine. 31 (3) : 988-989, 2003
2) Scheel P.  Should every patient with Essential Hypertension be screened for vesicoureteral Reflux.  Urology. In Press 2004

**Non-Peer Reviewed Articles:**

1.    Westman J, George S, Scheel PJ, McMurray SD, Pulliam JP and Corcoran J.  The changing dialysis environment.  NRAA Journal.  17, 33-39, 1996.

2.    Westman J, George S, Scheel PJ, McMurray S, Pulliam J.  Options for dialysis providers in a global capitated environment. Nephrology News & Issues. 10(9), 26-31, 1996.

3.  Scheel PJ. Managing in a managed care world. Peritoneal Dialysis. 3(1):6, 1997.

4.  Scheel PJ. Preparing for the advent of managed care - challenges and opportunities for the renal community. Contemporary Dialysis & Nephrology. 18(5), 15&33, May 1997.

5.  Scheel PJ, Thompson M. How can academic medical centers prepare to manage ESRD patients in a capitated environment? Nephrology News and Issues. 9-10, May 1998.

**Book Chapters:**

1.  Gimenez LF and Scheel PJ. Clinical application of recombinant erythropoietin in renal dialysis patients. In: Hematology/Oncology. Clinics of North America. Cohen-Kligerman, Ed. W. B. Saunders Company, Philadelphia, PA. October, 1994.

2.  Scheel P. Vascular access for hemodialysis - a nephrologist's perspective. In: Cardiovascular and Interventional Radiology of the Venous System. Savader S, Trerotola, Eds. Thieme Medical Publishers, 1995.

3.  Scheel P. Vascular access for hemodialysis. In: Venous Interventions. The Society of Cardiovascular and Interventional Radiology Video - Disk IV. 1995.

4.  Scheel P. Chronic Renal Failure. In : Conns Current Therapy. Robert Rakel , Ed. W.B. Sauders Company 2000

5.  Scheel P. A Nephrologist Perspective on Hemodialysis Access Management. In : Venous Interventional Radiology With Clinical Perspectives 2nd Ed. Savader & Trerotola. Eds. Thieme Medical Publishers , 1999

6.  Scheel P, Kuhn D. Mangement of the Infected Dialysis Catheter. In : A Multidisciplinary Approach for Hemodialysis Access. Gray & Sands, Eds. Lippincott 2002

7.  Atta M, Scheel P. Acute Renal Failure. In: Current Surgical Therapy. John Cameron Ed. Elsevier Science 2004

8.  Molmenti E, Scheel P. Fulminant Hepatic Failure . In Transplant of the Liver second edition Buslutil & Klintmalm Ed. Elservier Science 2004

9.  Fine D, Scheel P. Chronic Renal Failure. In The Johns Hopkins Internal Medicine Board Review. Miller, Ashar & Sisson , Eds. Mosby 2004

10. Gewin L, Scheel P. Renovascular Hypertension. In The Osler Medical Handbook. Nilsson and Piccini, Eds. Saunders 2006

11. Estrella M, Myers J, Scheel P, Dialysis. In The Osler Medical Handbook. Nilsson and Piccini Eds. Saunders. 2006

**Books**

1. Urology and Nephrology – an Internet Guide 2001 Edition. Partin & Scheel, eds. Emed.Com. Pub.
2. Urology and Nephrology- an Internet Guide 2002 Edition. Partin & Scheel, eds. Emed.Com. Pub.

## Extramural Sponsorship:

1) The detection of HIV in peritoneal dialysis effluent. Sponsor – Baxter Health Care. 1994-1995. $ 50,000 Direct Cost. 10 % effort. Principal Investigator.
2) Retrospective Analysis of the Relationship of Exposure to Respirable Silica Dust and the Development of Chronic Kidney Disease. Sponsor – Industrial Sand Association. 2003-2004. $ 150,000 Direct Cost. 20 % effort . Principle Investigator.
3) CSP # 530. A multi-center trial studying effect of dose of dialysis and outcome in acute renal failure. VA- NIH. Direct Cost 7.6 million ( 5 years) 5 % effort . Co-investigator
4) Development of Medication Measures For Chronic Kidney Disease and End Stage Renal Disease. Consultant to Center For Medicare and Medicaid Services. 30 % effort. 2005-2006
5) A retrospective analysis of Hgb following hospitalization in patients with ESRD treated with either erythropoietin alpha or Darbepoetin. Sponsor – Amgen. Direct Cost $ 165,000. Principle Investigator. 20 % effort. 2006-2007

## EDUCATIONAL ACTIVITIES:

### Classroom Instruction:

| | |
|---|---|
| 1) Renal Fellows Lectures | 3 / Year |
| 2) Renal Grand Rounds | 2/ Year |
| 3) Firm Faculty | 1 month/Year |
| 4) Topics in Internal Medicine | 1/ Year |
| 5) Board Review Course | 2/ Year |
| 6) Pharmacology 4th year | 1/year |
| 7) Renal Physiology 1st year | 1/year |

### Clinical Instruction:

**1) Consult Attending**          **16 Weeks / Year**

### Editorial Activities:

EDITORIAL BOARDS:

1997 – Present: Journal of Renal Replacement Therapy
2002 – Present: Journal of Clinical Therapeutics

Reviewer:

Urology
American Journal of Kidney Diseases
Kidney International
Renal Failure

# CLINICAL ACTIVITIES:

**Certification:**     July 1988 - Diplomate, National Board of Medical Examiners
July 1990 - State of Maryland Medical License
December 1990 - Diplomate, American Board of Internal Medicine
February 1997 - American Board of Internal Medicine, Nephrology
October 1999 – American Society of Hypertension

**Service Responsibilites:**

| | |
|---|---|
| 1) Consult Attending | 16 weeks/ year |
| 2) Clinic | 2 x ½ day / week |
| 3) Dialysis Shift | ½ day / week (Greenspring Station) |
| 4) Peritoneal Dialysis Clinic | ½ day/ month |
| 5) Dialysis Shift | 2x ½  day/week ( Bond St) |

# ORGANIZATIONAL ACTIVITIES:

**COMMITTEES:**

Johns Hopkins Hospital - Transplant Center Board of Directors
Johns Hopkins Health Care:  Quality Oversight Committee
Johns Hopkins Hospital – Credentials Committee
Johns Hopkins Hospital – HIPPA implementation and oversight
Johns Hopkins Hospital – Physician Order Entry – Design and Implementation
Department of Medicine – Safety Committee
Department of Medicine – Length of Stay Reduction Committee
Johns Hopkins Univeristy – Clinical Practice Assoication , Board of Govenors


**PROFESSIONAL ACTIVITIES:**

Professional Memberships:

| | |
|---|---|
| August 1992 | American Society of Nephrology |
| September 1992 | Renal Physicians Association |
| December 1994 | The American Heart Association |
| July 2001 | Med Chi – Baltimore City Medical Society |


**HONORS AND AWARDS:**

May 1983   Academic Award in Biology and Chemistry
May 1986   Alpha Omega Alpha Honor Society
May 1987   Academic Award in Internal Medicine
2001-2005  "America's Top Doctors"
May 2005   Fellow, American Society of Nephrology
April 2006   Professor of Medicine ( Hon ) Fudan University, Shanghai China

Invited Talks Academic Year 2003 - Present

1) RSNA Annual Meeting.  Diagnosis of Renal Artery Stenosis.  Chicago Illinois December 2002.
2) Health Network America.  International Meeting on Hypertension.  Diagnosis and Management of Renal Artery Stenosis.  Panama City , Panama . February 2003
3) National Kidney Foundation.  Management of Renal Artery Stenosis. Baltimore, Maryland . May 2003
4) Financial Management of an Academic Nephrology Division. A Primer For New Directors.  Annual Meeting American Society of Nephrology. San Diego, California October 2003
5) Management of Atheroslcerotic Renal Artery Stenosis. Chinese-American Forum of Nephrology. Shanghai China. July 2004.

6) Financial Management of an Academic Nephrology Division. A Primer for New Directors. Annual Meeting of American Society of Nephrology. Saint Louis, Missouri. October 2004
7) Patient Selection for Peritoneal Dialysis. Annual Meeting of Medical Directors. DaVita Healthcare, Phoenix Arizona. February 2005
8) Patient Selection for Peritoneal Dialysis. Medical Directors Meeting. Greenfield Healthcare. Detroit Michigan. May 2005
9) Metabolic Bone Disease Following Renal Transplantation: American Society For Bone and Mineral Research. Annual Meeting. Nashville , Tennessee September, 2005
10) Chronic Kidney Disease.  Medical Grand Rounds. Fairfax Hospital , Fairfax Virginia, February 2006
11) Hyperparathyroidism in Chronic Kidney Disease.  Renal Ground Rounds . Univeristy of California At Davis,  Sacremento California.  March 2006
12) Dialysis in The United States. Plenary Talk. Asian Society of Blood Purification. Shanghai China April 2006
13) Continuous Renal Replacement Therapy.  Asian Society of Blood Purification . Shanghai China , April 2006

## OTHER:

1) Co-Chair " Masters Program- The Early Recognition and Treatment of  Chronic Kidney Disease ".  CME sponsored by The Johns Hopkins University School of Medicine The National Kidney Foundation and The Endocrine Society.  Responsible for content development and Faculty Selection for Program. CME Activity consisted of 12 one day regional symposia throughout United States, 40 audio Tele- conferences , 150 Grand Round Presentations and development of  3 CD –Rom., 2004-2005
2) Co-Chair " Early Activation of Kidney Care Strategies for Early Intervention in the Disease Continuum: Diabetes, Chronic Kidney Disease and Hyperparathyroidism ". CME sponsored by The Johns Hopkins University School of Medicine, The National Kidney Foundation, Montefiore Medical Center and University of Tennessee and The Endocrine Society. Responsible for content development and faculty selection.  CME activity consisted of lectures throughout the United States during the years 2005-2006. A total of 14,500 physicians participated with 14.5 % of all Nephrologist and 12.5 of All Endocrinologist attending at least one lecture.