UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| YVETTE BRYANT, Personal Representative to the Estate of MICHAEL FARRAR, )<br>)<br>)<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>CORRECTION CORPORATION )<br>OF AMERICA, *et al.*, )<br>)<br>  Defendants. ) | CIVIL ACTION NO. 1:05cv02089<br>Judge Kollar Kotelly |

### DEFENDANT DAVITA CORPORATION, INC.'S CONSENT MOTION TO EXTEND FILING DEADLINE OF ITS 26(a)(2) DISCLOSURE

Defendant DAVITA CORPORATION, INC. ("DaVita"), by and through undersigned counsel BONNER KIERNAN TREBACH & CROCIATA, LLP, and pursuant to Rules 6(b) and 26(a)(2) of the Federal Rules of Civil Procedure, respectfully requests that this Honorable Court extend the respective deadline for DaVita's Rule 26(a)(2) Disclosure of Expert Testimony as to Dr. Matthew Weir until Friday, December 8, 2006. In support of this Consent Motion, DaVita states as follows:

  1.    In this survival action, Plaintiff alleges, *inter alia*, that DaVita is liable for medical malpractice in the death of Michael Farrar, an inmate who was receiving dialysis for end-stage renal failure.

  2.    On or about October 31, 2006, Plaintiffs filed their 26(a)(2) Disclosure.

161236_1.DOC

3.      Pursuant to Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure and the proposed Order accompanying Plaintiffs' Consent Motion to Modify the Scheduling Order, Defendant DaVita's 26(a)(2) Disclosure must be filed by November 30, 2006.

4.      DaVita, through counsel, has retained Paul Scheel, Jr., M.D. and Matthew Weir, M.D. as its expert witnesses in this matter.

5.      DaVita has obtained and will file DaVita's Rule 26(a)(2) Expert Witness Designation and report as to the opinions of Dr. Paul Scheel, Jr., on Thursday, November 30, 2006 as required by the Scheduling Order.

6.      However, despite the diligent efforts of legal counsel for DaVita, the required report has not yet been required from Dr. Matthew Weir because Dr. Weir has been out of the country.

7.      Dr. Weir will be able to produce his report and other disclosures by Friday, December 8, 2006.

8.      Plaintiff consented to the relief requested herein through counsel, Sherman Robinson, Esq., on November 29, 2006.

9.      This court has full discretion to permit this extension.

**WHEREFORE**, for all of the foregoing reasons, Defendant DaVita Corporation, Inc., respectfully asks the Court to grant this Consent Motion to Extend the Filing Deadline of its

26(a)(2) Disclosure, and that the Court enter an Order to extend the respective deadline for DaVita's 26(a)(2) Disclosure to Friday, December 8, 2006.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**


          /s/ Ronald G. Guziak
Ronald G. Guziak, D.C. Bar No. 233940
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
Tel:   (202) 712-7000
Fax:   (202) 712-7100
*Counsel for DaVita Corporation, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| YVETTE BRYANT, Personal Representative to the Estate of MICHAEL FARRAR, <br><br> Plaintiff, <br><br> v. <br><br> CORRECTION CORPORATION OF AMERICA, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 1:05cv02089 <br> ) Judge Kollar Kotelly <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

UPON CONSIDERATION of the Consent Motion to Extend the Filing Deadline of DaVita Corporation's 26(a)(2) Disclosure ("Motion"), and good cause having been shown;

IT APPEARING TO THE COURT that the Motion is proper and that said Motion should be granted, it is accordingly this _____ day of _____, 2006, hereby

ORDERED, that said Motion be, and the same hereby is, GRANTED; and it is hereby

FURTHER ORDERED that Defendant DaVita Corporation, Inc. shall have until Friday, December 8, 2006 to file its 26(a)(2) Disclosure.

SO ORDERED.

_____
United States District Court Judge

161236_1.DOC

Copies to:

Ronald G. Guziak,
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036

Sherman Robinson, Esquire
5535 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015

Barry Tapp, Esquire
14662 Cambridge Circle
Laurel, Maryland 20770

Leo A. Roth, Jr.
Brault Graham, LLC
110 South Washington Street
Rockville, Maryland 20850

Theresa A. Rowell, Esquire
Office of the Attorney General
    for the District of Columbia
441 4th Street, NW, 6th Floor South
Washington, DC 20001

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

Kelvin L. Newsome, Esquire
LeClair Ryan, P.C.
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314

161236-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November, 2006, a copy of Defendant DaVita Corporation, Inc.'s Consent Motion to Extend Discovery Deadline was served, *via* electronic and first-class mail, postage prepaid, upon:

Sherman Robinson, Esquire
5535 Wisconsin Avenue, N.W., Suite 440
Washington, D.C.  20015

Barry Tapp, Esquire
14662 Cambridge Circle
Laurel, Maryland  20770

Leo A. Roth, Jr.
Brault Graham, LLC
110 South Washington Street
Rockville, Maryland  20850

Theresa A. Rowell, Esquire
Office of the Attorney General
   for the District of Columbia
441 4th Street, NW, 6th Floor South
Washington, DC  20001

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012

Kelvin L. Newsome, Esquire
LeClair Ryan, P.C.
225 Reinekers Lane, Suite 700
Alexandria, Virginia  22314

          */s/ Ronald G. Guziak*
          Ronald G. Guziak