# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YVETTE BRYANT, Personal Representative of the Estate of MICHAEL FARRAR,<br><br>            Plaintiff,<br><br>     v.<br><br>CORRECTIONS CORPORATION OF AMERICA, INC., et al.<br><br>            Defendants. | Civil Action No. 1:05-CV-02089<br><br>Judge Colleen Kollar-Kotelly |

## DEFENDANT CORRECTIONS CORPORATION OF AMERICA, INC.'S EXPERT DISCLOSURE STATEMENT

Defendant Corrections Corporation of America, Inc. ("CCA"), pursuant to Rule 26(a)(2), Federal Rules of Civil Procedure, through counsel, submits this Expert Disclosure and states as follows:

The following documents, previously disclosed by Defendant Center for Correctional Health & Policy Studies, Inc. are incorporated herein by reference.

1.    The expert statement of Joel R. Schulman, M.D.

2.    The Curriculum Vitae of Dr. Schulman.

3.    A listing of all cases where Dr. Schulman has testified as an expert within the last four years.

Dr. Schulman is Board Certified in the fields of Internal Medicine, Pulmonary Disease and Critical Care Medicine. In the case at bar, Dr. Schulman is being compensated for his expert professional services at the rate of $450.00 per hour.

This Defendant reserves the right to have Dr. Schulman supplement his report should he receive any additional, relevant information.

1717585.1

Dated: this 30th day of November, 2006       By:   s/ Daniel P. Struck
                Daniel P. Struck, Bar No. CO0037
                JONES, SKELTON & HOCHULI, P.L.C.
                2901 North Central Avenue, Suite 800
                Phoenix, Arizona  85012
                Telephone:   (602) 263-7323
                Facsimile:   (602) 200-7811

                Kevin L. Newsome, Bar No. 439206
                Megan S. Ben'Ary, Bar No. 494415
                LECLAIR RYAN, A PROFESSIONAL
                CORPORATION
                225 Reinekers Lane
                Suite 700
                Alexandria, Virginia 22314
                Telephone:   (703) 684-8007
                Facsimile:   (703) 684-8075

                Attorneys for Defendant
                Corrections Corporations of America

1717585.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Defendant Corrections Corporation of America, Inc.'s EXPERT Disclosure Statement was mailed, first-class postage pre-paid, this 30th day of November, 2006, copies to:

Sherman Robinson, Esq.
LAW OFFICE OF SHERMAN ROBINSON
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
*Counsel for Plaintiff*

Barry Tapp, Esq.
14662 Cambridge Circle
Laurel, MD 20770
*Counsel for Plaintiff*

Leo Roth, Esq.
BRAULT GRAHAM, LLP
110 South Washington Street
Rockville, MD 20850
*Counsel for Defendant Center for Correctional Health and Policy Studies, Inc.*

Teresa Rowell, Esq.
OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
*Counsel for Defendant District of Columbia*

Ronald G. Guziak, Esq.
BONNER KIERNAM TREBACH & CROCIATA, LLP
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
*Counsel for Defendant DaVita Corporation*

                                        s/ Daniel P. Struck

1717585.1