UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| YVETTE BRYANT, Personal | ) | |
| Representative to the Estate of | ) | |
| MICHAEL FARRAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv02089 |
| | ) | Judge Kollar Kotelly |
| CORRECTION CORPORATION | ) | |
| OF AMERICA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT DaVITA CORPORATION, INC.'S**
**SUPPLEMENTAL RULE 26(a)(2) DISCLOSURE STATEMENT**

COMES NOW Defendant DaVITA CORPORATION, INC. (hereinafter "Defendant"), by and through its counsel, **BONNER KIERNAN TREBACH & CROCIATA, LLP**, and pursuant to Fed. R. Civ. P. 26(a)(2) and this Court's Order of December 4, 2006, granting Defendant DaVita Corporation, Inc.'s Consent Motion to Extend Filing Deadline of Its 26(a)(2) Disclosure, and states the following:

The following documents are attached hereto as exhibits:

1.      The expert statement of Paul J. Scheel, Jr., M.D., M.B.A.

2.      The expert statement of Matthew R. Weir, M.D.

3.      The Curriculum Vitae of Dr. Scheel.

4.      The Curriculum Vitae of Dr. Weir

5.     A listing of those cases where Dr. Scheel has testified as an expert within the last four years.

6.     A listing of those cases where Dr. Weir has testified as an expert within the last four years.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**


            */s/ Ronald G. Guziak*
Ronald G. Guziak, D.C. Bar No. 233940
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
Tel:    (202) 712-7000
Fax:    (202) 712-7100
*Counsel for DaVita Corporation, Inc.*

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

YVETTE BRYANT, Personal           )
Representative to the Estate of    )
MICHAEL FARRAR,                    )
                                   )
            Plaintiff,             )
                                   )
      v.                           )        CIVIL ACTION NO. 1:05cv02089
                                   )        Judge Kollar Kotelly
CORRECTION CORPORATION             )
OF AMERICA, *et al.*,              )
                                   )
            Defendants.            )

**DEFENDANT DaVITA CORPORATION, INC.'S
SUPPLEMENTAL RULE 26(a)(2) DISCLOSURE STATEMENT**

COMES NOW Defendant DaVITA CORPORATION, INC. (hereinafter "Defendant"),

by and through its counsel, **BONNER KIERNAN TREBACH & CROCIATA, LLP**, and

pursuant to Fed. R. Civ. P. 26(a)(2) and this Court's Order of December 4, 2006, granting

Defendant DaVita Corporation, Inc.'s Consent Motion to Extend Filing Deadline of Its 26(a)(2)

Disclosure, provides its Expert Designation as follows:

    1.      Paul J. Scheel, Jr., M.D., M.B.A.
            The Johns Hopkins Hospital
            Division of Nephrology
            1830 E. Monument St., Suite 416
            Baltimore, Maryland 21205

Dr. Scheel is Associate Professor and Director of the Division of Nephrology at The

Johns Hopkins Hospital.  He is board certified in nephrology.  In the foregoing matter, Dr.

Scheel is being compensated for his expert professional services at the rate of $375.00 per hour.

A copy of Dr. Scheel's Report, Curriculum Vitae and List of Prior Cases are attached.

2.    Matthew R. Weir, M.D.
       Division of Nephrology
       University of Maryland Medical Center
       22 S. Greene Street, Room N3W143
       Baltimore, Maryland 21201

Dr. Weir is Professor of Medicine and Head, Division of Nephrology at the University of Maryland Medical System in Baltimore.  He also serves as an attending physician at the University of Maryland Hospital.  He is a Diplomate of the American Board of Internal Medicine with a subspecialty in nephrology and a Diplomate of the National Board of Medical Examiners. In the foregoing matter, Dr. Weir is being compensated for his expert professional services at the rate of $400.00 per hour.  A copy of Dr. Weir's Report, Curriculum Vitae and List of Prior Cases are attached.

This Defendant reserves the right to have Dr. Scheel and Dr. Weir supplement their reports should they receive any additional, relevant information.

DATED this 7th day of December 2006.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_____/s/ Ronald G. Guziak_____
Ronald G. Guziak, D.C. Bar No. 233940
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
Tel:    (202) 712-7000
Fax:    (202) 712-7100
*Counsel for DaVita Corporation, Inc.*

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of December, 2006, a copy of Defendant DaVita Corporation, Inc.'s Supplemental Rule 26(a)(2) Disclosure Statement was served, *via* electronic mail upon:

Sherman Robinson, Esquire
5535 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015

Barry Tapp, Esquire
14662 Cambridge Circle
Laurel, Maryland 20770

Leo A. Roth, Jr.
Brault Graham, LLC
110 South Washington Street
Rockville, Maryland 20850

Theresa A. Rowell, Esquire
Office of the Attorney General
   for the District of Columbia
441 4th Street, NW, 6th Floor South
Washington, DC 20001

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

Kelvin L. Newsome, Esquire
LeClair Ryan, P.C.
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314


_____*/s/ Ronald G. Guziak*_____
Ronald G. Guziak

5

161668-1