## CASES IN WHICH MATTHEW R. WEIR, M.D. HAS TESTIFIED

| YEAR | CASE | LAW FIRM |
|---|---|---|
| 2006 | Barnes vs. Clance | Cowdrey Thompson & Kerstein |
| 2005 | Anderson vs. Holy Cross Hospital | Wharton Levin |
| 2005 | Charles Roach | Salisbury Clements |
| 2005 | Matthews vs. Taskin | Wharton Levin |
| 2004 | Bristol Myers Squibb Class Action | Creevath Swaine & Moore |
| 2004 | Evans vs. Okun | Wharton Levin |
| 2004 | Grudotti vs. Naini | Wharton Levin |
| 2004 | James vs. Baldades | Cowdrey Thompson |
| 2004 | Locust vs. Irvington Knolls | Whiteford Taylor |
| 2004 | Koch vs. Smith | Korein Tillery |
| 2003 | Plaintiff's Case (No records) | |