UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| YVETTE BRYANT, *Personal Representative of the Estate of Michael Farrar*,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 05cv2089(CKK) |

### ENTRY AND WITHDRAWAL OF APPEARANCE

Please enter the appearance of Paul J. Maloney, Esq., Mariana D. Bravo, Esq. and Colleen E. Durbin, Esq. on behalf of defendant Corrections Corporation of America in the above entitled matter.

Please withdraw the appearance of Kelvin L. Newsome, Esq., Eugenia Vroustouris, Esq. (*pro hac vice*) and Megan Starace Ben'Ary, Esq. on behalf of defendant Corrections Corporation of America in the above entitled matter.

entry of appearance

|  |  |
|---|---|
| LeCLAIR RYAN | Respectfully submitted,<br><br>CARR MALONEY P.C. |
| */s/ Megan Benary /with permission by C. Durbin/*<br>Kelvin L. Newsome, Esq. #439206<br>Megan Starace Ben'Ary, Esq. #493415<br>225 Reinekers Lane<br>Suite 700<br>Alexandria, VA 22314<br>(703) 647-5933 (Telephone)<br>(703) 647-5983 (Facsimile) | */s/ Colleen E. Durbin/*<br>Paul J. Maloney, Esq. #362533<br>pjm@carrmaloney.com<br>Mariana D. Bravo, Esq. # 473809<br>mdb@carrmaloney.com<br>Colleen E. Durbin, Esq. #500039<br>ced@carrmaloney.com<br>1615 L Street, N.W.<br>Suite 500<br>Washington, DC 20036<br>(202) 310-5592 (Telephone)<br>(202) 310-5555 (Facsimile) |

entry of appearance

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was electronically transmitted on this 23rd day of January to:

Sherman Robinson, Esquire
5535 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015

Ronald Guziak, Esquire
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W.
Suite 800
Washington, D.C. 20036
Counsel for DeVita Corporation, Inc.

Barry Tapp, Esquire
14662 Cambridge Circle
Laurel, Maryland 20770

Leo A. Roth, Jr., Esquire
Brault Graham, PLLC
110 South Washington Street
Rockville, Maryland 20850

Theresa A. Rowell, Esquire
Office of the Attorney General
for the District of Columbia
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001

Colleen E. Durbin

entry of appearance