IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Yvette Bryant, Personal Representative of the Estate of Michael Farrar,<br><br>           Plaintiff,<br><br>  v.<br>Corrections Corporation of America, et al.<br><br>           Defendants. | Civil Action No. 1:05-CV-02089 CKK |

## NOTICE OF SETTLEMENT

Defendant, Corrections Corporation of America, through counsel, hereby notify this Court that all parties have reached a settlement in this matter. The parties will be filing a Stipulation to Dismiss with Prejudice and proposed Order in the near future.

Respectfully submitted this 22nd day of February, 2007.

        By /s/ Daniel P. Struck
         Daniel P. Struck, (D.C. Bar No. CO0037)
         JONES, SKELTON & HOCHULI, P.L.C.
         2901 North Central Avenue, Suite 800
         Phoenix, Arizona 85012
         Telephone: (602) 263-7323
         Facsimile: (602) 200-7811

         Paul J. Maloney, DC Bar No. 362533
         Colleen Durbin, DC Bar No. 500039
         CARR MALONEY, P.C.
         1615 L Street, N.W., Suite 500
         Washington, DC 20036
         Telephone: (202) 310-5500
         Facsimile: (202) 310-5555

         Attorneys for Defendant/Cross-Claimant/Cross-Defendant *Corrections Corporation of America*

1746466.1

Certificate of Service

I HEREBY CERTIFY that on the 22nd day of February, 2007, a true and correct copy of the foregoing Notice of Settlement was mailed first-class, postage prepaid to:

Barry McCoy Tapp
TAPP & ASSOCIATES
14662 Cambridge Circle
Laurel, MD 20707-3733

Sherman Bernard Robinson, Esq.
P.O. Box 33
Simpsonville, MD 21150

*Attorneys for Plaintiff*

Leo A. Roth, Jr., Esq.
BRAULT GRAHAM L.L.C.
110 South Washington Street
Rockville, MD 20850

*Attorneys for Defendant/Cross-Claimant/Cross-Defendant, Center for Correctional Health and Policy Studies, Inc*

Ronald George Guziak, Esq.
BONNER KIERNAN TREBACH & CROCIATA LLP
1233 20th Street, NW
Eighth Floor
Washington, DC 20036

*Attorneys for Defendant/Cross-Claimant/Cross-Defendant, DaVita Corporation*

Theresa Ann Rowell, Esq.
OFFICE OF THE ATTORNEY GENERAL
General Litigation Division, Section I
41 4th Street, NW
6th Floor South
Washington, DC 20001

*Attorneys for Defendant/Cross-Claimant, District of Columbia*

Paul J. Maloney, Esq.
Colleen Durbin, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC  20036

/s/  Daniel P. Struck