IN THE UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| YVETTE BRYANT, Personal Representative of the Estate of MICHAEL FARRAR,<br><br>                                    Plaintiff,<br>v.<br>CORRECTIONS CORPORATION OF AMERICA, INC., et al.<br>                                    Defendants. | Civil Action No. 1:05-CV-02089<br>Judge Colleen Kollar-Kotelly |

### PRAECIPE OF DISMISSAL

The Clerk will please note that Plaintiff hereby dismisses all claims against Corrections Corporation of America ("CCA"), Center for Correctional Health and Policy Studies ("CCHPS") and DVA Healthcare Renal Care, Inc. (f/k/a Gambro Healthcare Renal Care, Inc.) s/h/a DaVita Corporation, with prejudice.

Respectfully submitted,

_____
Barry McCoy Tapp
LAW OFFICES OF BARRY MCCOY TAPP
4662 Cambridge Circle
Laurel, Maryland 20707
(202) 686-4858
suwon4@aol.com
Attorney for *Plaintiff*

_____
Leo A. Roth, Jr.
BRAULT GRAHAM, L.L.C.
110 South Washington Street
Rockville, MD  20850
(301) 424-1060
lroth@braultgraham.com
Attorneys for *CCHPS*

_____
Ronald G. Guziak
BONNER KIERNAN TREBACH & CROCIATA, L.L.P.
1233 20th Street, N.W., 8th Floor
Washington, DC  20036
(202) 712-7000
rguziak@bktc.net
Attorneys for *DaVita Corporation, Inc.*

_____
Daniel P. Struck
JONES, SKELTON & HOCHULI, P.L.C.
2901 N. Central Ave., Suite 800
Phoenix, AZ  85012
(602) 263-1700
dstruck@jshfirm.com
Attorneys for *CCA*

Dated: __July 30, 2007__, 2007

## Certificate of Service

I HEREBY CERTIFY that on the 30th day of July, 2007, a true and correct copy of the foregoing Praecipe of Dismissal was mailed first-class, postage prepaid to:

Barry McCoy Tapp
TAPP & ASSOCIATES
14662 Cambridge Circle
Laurel, MD 20707-3733
*Attorneys for Plaintiff*

Leo A. Roth, Jr., Esq.
BRAULT GRAHAM L.L.C.
110 South Washington Street
Rockville, MD 20850

*Attorneys for Defendant/Cross-Claimant/Cross-Defendant, Center for Correctional Health and Policy Studies, Inc*

Ronald George Guziak, Esq.
BONNER KIERNAN TREBACH & CROCIATA LLP
1233 20th Street, NW
Eighth Floor
Washington, DC 20036

*Attorneys for Defendant/Cross-Claimant/Cross-Defendant, DaVita Corporation*

Theresa Ann Rowell, Esq.
OFFICE OF THE ATTORNEY GENERAL
General Litigation Division, Section I
41 4th Street, NW
6th Floor South
Washington, DC 20001

*Attorneys for Defendant/Cross-Claimant, District of Columbia*

Paul J. Maloney, Esq.
Colleen Durbin, Esq.
CARR MALONEY, P.C.
1615 L Street, N.W., Suite 500
Washington, DC 20036

_____
Daniel P. Struck